UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 23-10127-LTS

UNITED STATES OF AMERICA

v.

SANTO FELIBERTY

## ASSENTED TO MOTION TO CONTINUE SENTENCING

The Defendant, Santo Feliberty, and with the assent of the government, moves this Honorable Court to continue sentencing 2 months to a date convenient to the Court in March 2024.

In support of this motion the defendant contends that U.S. Probation had to cancel the scheduled November 2, 2023 presentence interview because the facility at which the defendant is detained (Donald W. Wyatt Detention Facility [Wyatt]) lost it's Internet, thus precluding zoom interviews.  Slowly, the Internet at Wyatt is being restored.  Currently Wyatt still cannot accommodate virtual interviews or court appearances.

The defendant has been detained since April 2023.  As per the terms of his plea agreement, the defendant will not be seeking a sentence of less than 57 months, so a 2 month continuance (so that Probation can efficiently conduct a presentence interview by zoom, as opposed to physically traveling to Wyatt, and still prepare a presentence report in a timely manner) will prejudice neither the defendant nor the government.

It is the defendant's understanding that, for the same reason articulated in this motion, co-defendant Nicolas Davila's sentencing was continued approximately 2 months to March 11, 2024.

                              **Respectfully submitted**
                              **SANTO FELIBERTY,**

                              **By his Attorney:**

**Date:** November 16, 2023      /s/ Thomas Kerner
                              _____
                              **Thomas Kerner**
                              **Attorney at Law**
                              **MA BBO No. 552373**
                              **240 Commercial St., Suite 5A**
                              **Boston, MA  02109**
                              **(617) 720 5509**
                              **thomas.kerner@comcast.net**

### CERTIFICATE OF SERVICE

    I, Thomas Kerner, herein certify that on this 16th day of November, 2023, a copy of the within memorandum was e-filed for all parties involved.

**Date:** November 16, 2023      /s/ Thomas Kerner
                              _____
                              **THOMAS KERNER**