11/3/2023

United States District Court for the District of Massachusetts
The Office of the Clerk
John Joseph Moakley US Courthouse
One Courthouse Way
Boston, Ma. 02210

Re: Participation in Restorative Justice Program at Wyatt Detention Facility

To the Honorable Judge Leo T. Sorokin:

I last appeared before you on 10/19/23, during a change of plea hearing. At that time, you suggested to me that you would like to see me participate in the Restorative Justice program. This letter is to inform you that I was made aware that they are no longer taking participants for the actual RJ program and that there are currently no plans to hold another session here at the facility. However, there is a men's restorative justice group that was started by several detainees who were part of the last RJ session (Eric Daneault, Harry Tam, Jose Larios, Phillip Morose). This group is called "Building on Self-Substance" (B.O.S.S.) and has shared many of the lessons and techniques that they learned while attending the "RJ" program last year. I have joined this group with an eagerness to receive whatever wisdom this group has to offer.

So far, from what I have perceived of the group - it seems to me that they are doing something very positive and unique. There are weekly discussion groups and assignments in which each of us has to read and answer specific questions. For instance, one of the first assignments I did was called "Authenticity". We were challenged to think of all the ways that we stray away from our authentic-self with behaviors and actions that were not true to ourselves. We then were asked to think about the different "masks" that we had to wear and how these could lead to more problems and inauthentic behavior. The assignment required us to write with honesty and openness, and then share together with other group members. It was quite the experience to be open and candid with other detainees who are all working hard to discover a way to grow into better selves. I can say that the first several assignments I have participated in have been eye-opening and therapeutic for me.

From what I believe, there are 15 or so of these assignments and the group is on-going. The concept is to find healing so that we may also give healing back to the community, and those who have been affected by the collective actions of those contributing to crime. I wanted you to be aware that I have done my best effort to do the tasks you have asked of me. I hope that participation in this men's group is along the lines of what you were thinking of when you spoke to me in court.

I will do my best diligent effort to get as much value as possible from this group, and will work hard to learn as much as I can about restorative justice from the guys who are sharing the things they have learned. I look forward to seeing you in the future, with hopes that you will see the continued growth and efforts I am making towards change. Thank you for your time.

Sincerely,

Santo Feliberty