**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Docket No. 23-10127-LTS**

**UNITED STATES OF AMERICA**

**v.**

**SANTO FELIBERTY**

**ASSENTED TO MOTION TO CONTINUE SENTENCING**

The Defendant, Santo Feliberty, with the assent of the government, moves this Honorable Court to continue sentencing from March 7, 2024 to March 22, 2024 at 10:00 am. It is the defendant's understanding that the date and time fit the Court's schedule. Additionally, both parties are available.

Previously, the defendant advised the Court that the government may not be able to assent to the defendant's request for a continuance. After further consideration, the government does assent as long as the proceeding is scheduled at 10:00 am. The prosecutor has a sentencing the afternoon of March 22.

In support of this motion the defendant contends that he has received the Final PSR and it contains a 20 page addendum addressing objections made by the government. The defendant agrees with Probation's Guidelines calculations, as they relate to Total Offense Level [TOL]. The government will argue at sentencing that the TOL should be increased by 4 points. Accordingly, the defendant needs time to review the government's

legal arguments with respect to the TOL and prepare a response to be included in his sentencing memorandum.

                                    **Respectfully submitted**
                                    **SANTO FELIBERTY,**

                                    **By his Attorney:**

**Date:** March 1, 2024        /s/  Thomas Kerner
                                    _____
                                    **Thomas Kerner**
                                    **Attorney at Law**
                                    **MA BBO No. 552373**
                                    **240 Commercial St., Suite 5A**
                                    **Boston, MA  02109**
                                    **(617) 720 5509**
                                    **thomas.kerner@comcast.net**

### CERTIFICATE OF SERVICE

I, Thomas Kerner, herein certify that on this 1st day of March, 2024, a copy of the within document was e-filed for all parties involved.

**Date:** March 1, 2024        /s/ Thomas Kerner
                                    _____
                                    **THOMAS KERNER**