UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SANTO FELIBERTY<br><br>Defendants | CRIMINAL No. 23-CR-10127-LTS |

**AGREEMENT TO AMEND TO PLEA AGREEMENT**

The Parties hereby provide notice to the Court of the amendment of the terms of the Plea Agreement.

The Plea Agreement states in Section 4, "Irrespective of the Guidelines sentencing range as calculated by the Court at sentencing, Defendant agrees that at sentencing he will recommend a sentence not less than 57 months." ECF #107, p. 4.  The Plea Agreement further states "This Agreement can be modified or supplemented only in a written memorandum signed by both parties, or through proceedings in open court." ECF #107, p. 7.

The Parties jointly agree that the Plea Agreement (ECF #107) will be amended as follows. Specifically, the above-referenced paragraph of Section 4 shall be amended to state:

> Defendant agrees that at sentencing Defendant will recommend a sentence not less than the low-end of the guidelines as calculated by the Court. Specifically, if the Defendant's motion for downward departure is allowed, the Defendant will ask for no less than 41 months of incarceration. If the Defendant's motion for downward departure is not allowed, the Defendant will ask for no less than 46 months of incarceration.

The Plea Agreement is otherwise unchanged and remains in effect.

The government also notes that based on review of caselaw, it no longer takes the position for this Defendant that the Defendant's offense level is increased by 2, because the

offense involved receiving stolen property, and the defendant was a person in the business of receiving and selling stolen property under USSG § 2B1.1(b)(4).

Respectfully submitted,

JOSHUA LEVY,
Acting United States Attorney

By:   */s/ Philip A. Mallard*
     Philip A. Mallard
     Assistant United States Attorney

SANTO FELIBERTY,
Through his attorney

By:   */s/ Thomas Kerner*
     Thomas Kerner, Esq.
     Counsel for Santo Feliberty

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Philip A. Mallard*
Philip A. Mallard
Assistant United States Attorney

Date:  March 12, 2024