| Victim # | Buisness Name (if applicable) | Address | Question 1 | Question 2 | Question 3 | Question 4 | Question 5 | Question 6 |
|---|---|---|---|---|---|---|---|---|
| 1 | | Canton, MA | 8/23/22 - (3) Catalytic Converters stolen   11/01/22 - (2) Catalytic Converters stolen | $12,114.06 | 8/23/22- Vec.1: 7days   Vec.2: 10days   Vec.3: 10days   11/07/22- Vec.1: 20days   Vec.2: 15days | N/A "We had extra vehicles and were able to perform all deliveries" | N/A | N/A |
| 2 | N/A | Shrewsbury, MA | Catalytic Converter from 2018 Toyota Corolla. Oxygen sensor was also damaged | Personally paid $500 | In shop from 02/21/23 through 04/24/23 | Won't know if premium increased until August 2023 | "I had to share cars with my Fiance and there were several days I was unable to drive to work because of schedule conflicts" | Also included are the payments made by USAA to the towing company ($168.08), auto shop ($288.71) for the difference in initial estimate, and myself ($1232.73) for the repair costs. |
| 3 | | Billerica MA 01821 | (2) Catalytic converters were cut from a customers dump truck parked on property | "…we did not pay anything out of pocket; however the claim paid was several thousand dollars" | Customer CDI Comercial Development was impacted. | Insurance paid the claim in the amount of $7,891.59 | "This theft forced us to reevaluate our policy of leaving our customers vehicles outside our gate." "Prevents us from accomidating our custoemrs requests" | N/A |
| 4 | | Woburn MA 01930 | 08/15/2022 about 9:30pm (2) catyltic converters were cut out and taken from a Penske Rental truck. | $8,600 | 0days (was a rental) | N/A | "Cost of replacement parts, annoyance" | "We have video if needed although can't see much details of theives" |
| 5 | | Bedford MA 01730 | Catalytic converter wa cut from out box truck on 3/09/23 | After insurance deductible we paid $2,500, including an anti theft prtection assembly | 2.5 weeks | rough cost for lost productivity $10,000 | "Loss of use of truck forces work to be complete on overtime and did not allow for loading for futuer job deliveries" | N/A |
| 6 | | Pembroke MA 02359 | Catalytic converter stolen from 2019 Ford F-550 Super duty truck about 9/15/2022 at 35 Corporate Park Dr Pembroke MA | $681.07 | Approximatley 1-2 Days | N/A | N/A other vehicles were available for use | N/A |
| 7 | | Bow NH 03304 | "The exhaust system of one of our 2015 Nissan Nv200 mini vans was cut from the vehicle. There are (2) catalytic converters on this vehicle. This theft occurred on 12/6/2022 4:11am | ENE of NH paid $1,000 out of pocket. Total bill was $7,428.91 | Without use of vehicle for two months | N/A | Employees had to use their personal vehicles to go to job sites. No real cost associated with this besides loss of advertising. | N/A |
| 8 | | Norwood MA 02062 | 2? Catalytic Converter(s) | $8,200 | "21" | N/A | N/A | N/A |
| 9 | | Hooksett NH 03106 | Catalytic Converter to Nissan NV-200 Van 2015 plus damage to under carriage | $3,101.96 | Approximatly 3+ Weeks | Wasted time/labor for admin duties to deal with this. Cost unknown, 5-10 hours? | Wasted time with research enime (surveillance videos)   Wasted time with insurance   Wasted time with local police   Wasted time with repair shop | N/A |
| 10 | | Beverly MA, 01915 | Converter and pipe on 1/23/23 | $905.96 | 2weeks | Unknown at this point | Loss of business due to delivery issues | N/A |
| 11 | N/A | Shrewsbury, MA | Catalytic Converter of Toyota Corrolla LX 2016 | $798.78 | 26days | Insurance increase, $96. Used private taxi for groceries etc. Paid cash so don't remember | $5,000 | It was January 28-29 night the theft took place. |
| 12 | | Sterling MA, 01564 | Catalytic Cnverter theft from out 2019 Isuzu Box truck on 3/16/2023 | $5,648.90 | We had a custom exhaust company get ur truck working again, though we needed to wait for the Isuzu dealer to get OEM parts to fix the emissions. We missed one dy to get back up and running, but the permanent repair has us down another 1 day. Two days we were down | No additional charges | We lost 3 delivery days. We were able to reschedule deliveries. | N/A |
| 13 | | Easthampton MA, 01027 | Catalytic Converter stolen 12/29/2022. Entire exhaust system had to be replaced | $1,943.96 | Car at the mechanic from 12/29/22 to 12/30/22 | I did not experience lost wages or rent a car | I did not experience loss of income, wages, or business opportunities from the theft. | "The theft did affect me emotionally." |

| # | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | [redacted] | [redacted] Rockland MA 02370 | Two Catalytic Converts stolen on 9/1/2022 and 11/4/2022 | $2,318.00 | Temporary repaurs were made prior to permanent repair. For both thefts our trucks was out of service for 8days. | Wages and Mileage $190.80 | N/A | N/A | | |
| 15 | N/A | Fitchburg, MA | 1st time catalytic converter stolen and also they damaged a pipe while cutting through. 2nd time my neighbor yelled because she saw them near my car and they took off | $300 insurance deductable each claim & had AAA at the time so needed to use 2 tows off AAA card. Pipe repaired that was also damaged during the firsy theft | First time it took 3days, I worked from home during this time. Second theft I was without a car for 2days and lost 2days pay. | I feel my premiums have gone up, also paid the deductables in each claim, also lost two days pay. | I was a victim of stolen catalytic converters twice. Car was parked in my own driveway at the time also. 1st time it was stolen and the 2nd time my neighbor saw someone, yelled, and they left leaving it hanging. | I feel that this is happening so much, not just in my area but everywhere. There needs to be something done to prevent someone frfom stealing these- maybe something that they can't remove from car. An attachment or something. Not sure what but this happened to me twice within a year of each other. | | |
| 16 | N/A | Worcester, MA | Car's catalytic converter | Full cost: $1,607.92  Insurance Covered: $1,307.92 | 2days | No other cost have materialized yet, _____ is due for renewal | N/A | N/A | | |
| 17 | N/A | Worcester, MA | Catalytic converter was cut out of my car between the night of January 8 and morning of January 9, 2023 | $1,000 insurance deductible | 2weeks | Additional uncovered rental car cost, about $120 | Unable to participate in weekly indoor soccer games | Replacement parts were not in stock for about 10days. | | |
| 18 | N/A | Abington, MA | The catlytic converter was stolen from my 2015 Toyota corolla | about $500 out of pocket because of the deductible, gas, the towing. This took over a week to get parts and repaired. | 8. and it does not sound awesome even after I brought it back to the shop to get looked at. | Lost a vacation day, inconvenienced neighbors. Car is still not in original condition. | I lost one full day of work in which I had my car towed, talked to the police, my car insurance, the shop and the neighbors. I am a solo parent without a car, I had to ask for rides to work and then borrowed a car which uses has 2x faster than mine uses gas. | The tenants in #G5 appear to have a ring camera, but have ignored the police. The units affected- F3, F5, and F7 are solo middle aged white women. That also feels a bit targeted. | | |
| 19 | [redacted] | [redacted] Hingham MA 02043 | 2 Catalytic converter from two of our trucks. 2015 Isuzu, 2021 Chevy, worth $4,506 and $5,890 | Each had a $1,000 deductible, labor and repair cost $1,200 | It took 30days for insurance to settle our claims. By the time we received money and repairs we lost a few months | N/A | Two trucks could not provide services to customers. Jobs were delayed. Workers had no work. Lost income because we could not preform work for clients. | Stress caused by not being able to do work. Time being wasted trying to replace and repair. Revenue lost. Workers lost work. | | |
| 20 | [redacted] | [redacted] MA 01801 | 2 Catalytic converter pipes, on 2/9/2023 | $1,000 for insurance deductible | 6days | N/A | The catalytic converters were stolen off of our company box truck used to deliver material/stock/tools to job sites. The thefts caused shipment delays, lost time, and delays to job schedules. | N/A | | |
| 21 | N/A | Framingham, MA | 1/5/2023- theft around 6am in my driveway @ 17 Wilmont Rd, Framingham MA. Stolen catalytic converter on my 2018 Toyota Corolla LE | $500 deductable cost. Insurance covered the rest ($1,147.50) | Yes and I had the work done the same day, had the police come to my house, completed the police report, and notified my insurance to issue a claim, and provided photos, etc. | $500 deductable. $1,147.50 out of pocket until reimbursed by insurance. | I lost morning at work, and had to wait on the repair work. Then had to make up work hours, given I am an hourly wage. Total inconvience!! | Because of this it caused me much stress and anxiety re: my family safety at home. I invested $500 additional cost in a quality security camera system. | | |
| 22 | [redacted] | [redacted] Concord NH 03301 | | | | Rental about $6,000 after insurance reimbursement | Rentals were obtained and business was not affected | N/A | | |
| 23 | N/A | Framingham, MA | The catalytic converter on mt 2018 toyota corolla was stolen on 1/5/2023. The car was parked in the driveway over night. The theft occurred sometime between 10pm and 8am. | Total repair cost was around $3,000. We paid $500 deductable and the insurance covered the rest. We pay AAA fo the tow was free | About a week | Lost a day of work because of dealing with insurance, car rental, AAA, and repair shop. | N/A | N/A | | |

| # | | Location | Property Stolen | Financial Loss | Time Without Vehicle | Work Impact | Other Impact | Additional Comments |
|---|---|---|---|---|---|---|---|---|
| 24 | N/A | Shrewsbury, MA | Toyota Prius Catalytic converter, O2 sensor, sprint and bolt kit, gaskets | $2,318 | 1day work from home, son did not go to school | N/A | N/A | A very strong financial and psychological shock from which I still cannot recover. With great difficulty I bought a car and two months later I had to pay another half of cost of this car for repairs. |
| 25 | | Woburn MA 01801 | On August 26th 2021, two catalyic converters were stolen from our 2016 Isuzu 20' box truck between the hours of 8pm and 6am. February 8th 2023, two catalytic converters were stolen from a different truck- 2018 Isuzu 16' box truck between the hours of 8pm and 6am. | $500 insurance deductible out of pocket, insurance covered the rest. | 2016 20' truck from 8/23/2021 to 9/1/2021. the 2018 truck from 2/8/2023 to 2/17/2023 | Each business day without a truck cost my company approximately $1000 per day related to lost business opportunities (product deliveries). During the 2023 theft, we did rent a replacement truck for some for some of the days to continue with deliveries. I can provide receipts for these rentals if required. | Each business day without a truck resulted in customers complaining that we could not deliver their materials. (We delivery critical building materials to homes undergoing kitchen renovations-delivery delays mean customers are without working kitchens.) | N/a |
| 26 | | Mansfield MA 02048 | My work van was parked at my business and they stole the catalyitic converter on May 12th 2022. I discovered that it was cut off on May 13th, 2022. | Deductive was $500 so I paid that amount. I have AAA so tow cost was included. Total damage was $6,500 | Was without my vehicle until June 17th, so over a month | N/A | My van has my businedd name and contact info on it so it was not on the oad for over a month. This affected my marketing, I used my personal car to drive to locations during this time. | No |
| 27 | | , Newton MA 02462 | Response not attached | Response not attached | Response not attached | Response not attached | Response not attached | Response not attached |
| 28 | N/A | Abington, MA | Catalytic converter stolen off my car. Car was parked in parking space in front of my house. | $1,784.80 Auto repair bill. $500 deductable. AAA towed me. 10 days without my car (I borrowed one) | 10 days. | I took 1.5 days off of work to et stuff done | I had to take 1.5 days off because I was unable to work and get paperwork and insurance issues taken care of on my lunch hour. | I think the theft was well planned and executed. The parking spaces are directly infront of our townhomes. |
| 29 | N/A | Shrewsbury, MA | Catalytic converter, 1/31/2023 | Insurance deductible $300 | 17 days | Rental car $7.51 | It was tax season and I was suppose to work a minimum of 10hours on 1/31/2023 but I was only able to work 8hours that day. | N/A |
| 30 | N/A | Easthampton, MA | The property that was stolen off of my 2015 Mitsubishi outlander sport was the catalytic converter, wiring they cut all up when they used a jigsaw or whatever to cut off the catalytic converter | insurance deductible was $1000.00 and towing was 281.52 dollars | I was without my vehicle for three weeks… then I rented a car for 1 week | I have five sisters that I clean for weekly so I couldn't help them either | I have no business | yes I'm disabled and it really put me off the edge.I was so upset,I couldn't go up and babysit my grandkids in Russell.so that I was really put out on that |
| 31 | N/A | Shrewsbury, MA | Morning of 1/31/2023 my recently serviced car made a tremendous noise when I started it. It was towed to my mechanic who told me the catalytic converter was missing and the O2 sensor was damaged | Auto insurance paid the entire cost and waived the deductible. This included the cost of the rental car | 1/31/2023 util 2/9/2023 | N/A | I am self employed. Although the situation added stress (i.e. several phone calls, getting ride to Hentz x2) my work has the flexibility to allow me to make the necessary adjustments. | I lived in Worchester, a city with a high crime rate from 1973-Dec. 2022. I moved to Shrewsbury and about one month later, my car is vandalized. Irony of life. |