

# South Hadley Police Department
## Warrant Report

Page: 1
03/15/2024

**Warrant #: 08-145-WA**
**Incident #: 08-288-OF**

Requesting Officer: Officer Mark Dominick
Application Date: 06/02/2008
Summons for: SANTO FELIBERTY

| # | SUSPECT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | FELIBERTY, SANTO JR | M | W | 19 | ██-2241 | ██-2632 |

```
                 BODY: NOT AVAIL.          COMPLEXION: NOT AVAIL.
                  DOB: ████1989        PLACE OF BIRTH: NOT AVAIL.
       LICENSE NUMBER: NOT AVAIL.        ETHNICITY: NOT HISPANIC
```

| # | OFFENSE(S) | ATTEMPTED | TYPE |
|---|---|---|---|

LOCATION TYPE: Residence/Home/Apt./Condo    Zone: WOODLAWN
106 HADLEY VILLAGE RD
SOUTH HADLEY MA 01075

| # | Offense | | | ATTEMPTED | TYPE |
|---|---|---|---|---|---|
| 1 | **LARCENY OVER $250** | | | N | Felony |
| | 266/30/A | 266 | 30 - ALL OTHER | | |

```
              OCCURRED: 04/23/2008   0319
    SUSPECTED OF USING: Not Applicable
          BIAS AGAINST: No Bias
```

| 2 | **MOTOR VEH, LARCENY OF** | | | N | Felony |
|---|---|---|---|---|---|
| | 266/28/B | 266 | 28 | | |

```
              OCCURRED: 04/23/2008   0319
    SUSPECTED OF USING: Not Applicable
          BIAS AGAINST: No Bias
```

| 3 | **B&E VEHICLE/BOAT NIGHTTIME FOR FELONY** | | | N | Felony |
|---|---|---|---|---|---|
| | 266/16/D | 266 | 16 | | |

```
              OCCURRED: 04/23/2008   0319
    SUSPECTED OF USING: Not Applicable
          BIAS AGAINST: No Bias
```

LOCATION TYPE: Residence/Home/Apt./Condo    Zone: FALLS
28 SPRING ST
SOUTH HADLEY MA 01075

| 4 | **LARCENY UNDER $250** | | | N | Misdemeanor |
|---|---|---|---|---|---|
| | 266/30/C | 266 | 30 - ALL OTHER | | |

```
              OCCURRED: 04/23/2008   0319
    SUSPECTED OF USING: Not Applicable
          BIAS AGAINST: No Bias
```

| 5 | **B&E VEHICLE/BOAT NIGHTTIME FOR FELONY** | | | N | Felony |
|---|---|---|---|---|---|
| | 266/16/D | 266 | 16 | | |

```
              OCCURRED: 04/23/2008   0319
    SUSPECTED OF USING: Not Applicable
          BIAS AGAINST: No Bias
```

| 6 | **MOTOR VEH, MALICIOUS DAMAGE TO** | | | N | Felony |
|---|---|---|---|---|---|
| | 266/28/D | 266 | 28 | | |

```
              OCCURRED: 04/23/2008   0334
    SUSPECTED OF USING: Not Applicable
          BIAS AGAINST: No Bias
```

LOCATION TYPE: Residence/Home/Apt./Condo    Zone: WOODLAWN
106 HADLEY VILLAGE RD
SOUTH HADLEY MA 01075

```
               South Hadley Police Department              Page: 2
                      Warrant Report                       03/15/2024


          Warrant #: 08-145-WA
          Incident #: 08-288-OF
```

| # | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7 | LARCENY UNDER $250 | | | | N | Misdemeanor | |
| | 266/30/C | 266 | 30 - ALL OTHER | | | | |
| | OCCURRED: 04/23/2008 | 0319 | | | | | |
| | SUSPECTED OF USING: Not Applicable | | | | | | |
| | BIAS AGAINST: No Bias | | | | | | |
| 8 | LARCENY OVER $250 | | | | N | Felony | |
| | 266/30/A | 266 | 30 - ALL OTHER | | | | |
| | OCCURRED: 04/23/2008 | 0319 | | | | | |
| | SUSPECTED OF USING: Not Applicable | | | | | | |
| | BIAS AGAINST: No Bias | | | | | | |

| # | VICTIM(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | CARVAJAL, JUAN F ▮▮▮▮ | M | W | 45 | ▮▮-0104 | ▮▮-2734 |
| | DOB: ▮▮ 1962 | | | | | |
| | EMPLOYER: HOLYOKE HEALTH CENTER · ▮▮-2834 | | | | | |
| | ETHNICITY: Not of Hispanic Origin | | | | | |
| | RESIDENT STATUS: Resident | | | | | |
| | VICTIM CONNECTED TO OFFENSE NUMBER(S): 2   4 | | | | | |
| | RELATION TO: FELIBERTY SANTO | Relationship Unknown | | | | |
| 2 | JARAMILLO, ANA ▮▮▮▮ | F | W | 40 | ▮▮-0107 | ▮▮-2734 |
| | DOB: ▮▮/1967 | | | | | |
| | EMPLOYER: DEAN TECH HIGH SCHOOL · ▮▮-2071 | | | | | |
| | ETHNICITY: Unknown | | | | | |
| | RESIDENT STATUS: Resident | | | | | |
| | VICTIM CONNECTED TO OFFENSE NUMBER(S): 1   3 | | | | | |
| | RELATION TO: FELIBERTY SANTO | Relationship Unknown | | | | |
| 3 | GRANT, JENNIFER | F | W | 30 | ▮▮-8963 | ▮▮-0260 |
| | 75C HADLEY VILLAGE RD | | | | | |
| | SOUTH HADLEY MA 01075 | | | | | |
| | DOB: ▮▮ 1977 | | | | | |
| | ETHNICITY: Not of Hispanic Origin | | | | | |
| | RESIDENT STATUS: Resident | | | | | |
| | VICTIM CONNECTED TO OFFENSE NUMBER(S): 5   7 | | | | | |
| | RELATION TO: FELIBERTY SANTO | Relationship Unknown | | | | |

```
                     South Hadley Police Department              Page: 3
                              Warrant Report                     03/15/2024


            Warrant #: 08-145-WA
            Incident #: 08-288-OF
```

| # | VICTIM(S) | | SEX | RACE | AGE | SSN | PHONE |
|---|-----------|---|-----|------|-----|-----|-------|
| 4 | TARR, TIMNA | | F | W | 33 | █-1133 | █-2303 |
|   | 28 SPRING ST | | | | | | |
|   | SOUTH HADLEY MA 01075 | | | | | | |
|   | DOB: █/1975 | | | | | | |
|   | ETHNICITY: Unknown | | | | | | |
|   | RESIDENT STATUS: Resident | | | | | | |
|   | VICTIM CONNECTED TO OFFENSE NUMBER(S): 6   8 | | | | | | |
|   | RELATION TO: FELIBERTY SANTO | | Relationship Unknown | | | | |

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|-----------|-------------|-----|------|-----|-----|-------|
| 1 | ZAVALA, REBECCA L | OTHER | F | U | 24 | █-1628 | |
|   | 938 ST JAMES AVE | | | | | | |
|   | SPRINGFIELD MA 01104 | | | | | | |
|   | DOB: █/1984 | | | | | | |
| 2 | STELZER, SCOTT | OTHER | M | U | 00 | NOT AVAIL | █6302 |
|   | 130 PEARL ST | | | | | | |
|   | SPRINGFIELD MA 01101 | | | | | | |
|   | DOB: NOT AVAIL | | | | | | |
|   | EMPLOYER: SPRINGFIELD POLICE DEPT | | | | | | |
| 3 | LAVERE, MICHELLE | OTHER | F | U | 00 | NOT AVAIL | |
|   | 942 ST JAMES AVE | | | | | | |
|   | SPRINGFIELD MA 01101 | | | | | | |
|   | DOB: NOT AVAIL | | | | | | |
| 4 | GERMAIN, RICHARD | OTHER | M | W | 42 | █4185 | █-2303 |
|   | 28 SPRING ST | | | | | | |
|   | SOUTH HADLEY MA 01075 | | | | | | |
|   | DOB: █1965 | | | | | | |
| 5 | CONFIDENTIAL | | | | | | |
| 6 | HERNANDEZ, JUAN O | WITNESS | M | W | 00 | NOT AVAIL | █6302 |
|   | 130 PEARL ST | | | | | | |
|   | SPRINGFIELD MA 01104 | | | | | | |
|   | DOB: NOT AVAIL | | | | | | |
|   | EMPLOYER: SPRINGFIELD POLICE   █6302 | | | | | | |

| # | VEHICLE(S) | YEAR | MAKE | STYLE | COLOR1 | COLOR2 | REG | VALUE |
|---|-----------|------|------|-------|--------|--------|-----|-------|
| 1 | JETTA | 2008 | VOLK | SE | BLU | | MA 728BE9 | $15,000.00 |

```
              STATUS: Recovered (Previously Stolen)              DATE: 04/23/2008
              OWNER: CARVAJAL, JUAN FERNANDO
              VIN: 3VWJZ71K08M084927
        RECOVERY DATE: 04/23/2008   VALUE: $15000.00   CONDITION: GOOD
          RELEASED TO: CARVAJAL JUAN F
```

South Hadley Police Department
Warrant Report

Warrant #: 08-145-WA
Incident #: 08-288-OF

| # | VEHICLE(S) | YEAR | MAKE | STYLE | COLOR1 | COLOR2 | REG | VALUE |
|---|---|---|---|---|---|---|---|---|
| 2 | MURANO | 2006 | NISS | UT | GRY | | MA 38PN52 | $20,000.00 |
| | STATUS: Suspected | | | | | | DATE: 04/23/2008 | |
| | OWNER: CARVAJAL, JUAN FERNANDO | | | | | | | |
| | VIN: JN8AZ08W56W522264 | | | | | | | |
| 3 | K500 | 2001 | CHEV | | GRY | | MA RWG306 | $10,000.00 |
| | STATUS: Suspected | | | | | | DATE: 04/23/2008 | |
| | OWNER: ZAVALA, REBECCA LEE | | | | | | | |
| | VIN: 3GNFK16T01G154515 | | | | | | | |
| 4 | FIT | 2007 | HOND | 4H | BLU | | MA 6031BK | $15,000.00 |
| | STATUS: Destroyed/Damaged/Vandalized | | | | | | DATE: 04/23/2008 | |
| | OWNER: TARR, TIMNA | | | | | | | |
| | VIN: JHMGD38617SO16833 | | | | | | | |
| 5 | FIT | 2007 | HOND | 4H | BLU | | MA 6031BK | $5,000.00 |
| | STATUS: Destroyed/Damaged/Vandalized | | | | | | DATE: 06/02/2008 | |
| | OWNER: TARR, TIMNA | | | | | | | |
| | VIN: JHMGD38617SO16833 | | | | | | | |

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|
| 1 | AMERICAN EXPRESS | | Recovered (Previously Stolen) |
| | QUANTITY: 1    VALUE: $10,000.00 | | |
| | SERIAL #: 372358976151003 | | |
| | DATE: 04/23/2008 | | |
| | RECOVERED: 1    VALUE: $10,000.00 | DATE: 04/23/2008 | |
| | OWNER: ██████████ | | |
| 2 | BANK OF AMERICA (PLATINUM) | 08-371-PR | Recovered (Previously Stolen) |
| | QUANTITY: 1    VALUE: $10,000.00 | | |
| | SERIAL #: 4888603119087880 | | |
| | DATE: 04/23/2008 | | |
| | RECOVERED: 1    VALUE: $10,000.00 | DATE: 04/23/2008 | |
| | OWNER: ██████████ | | |
| 3 | CHASE | 08-372-PR | Recovered (Previously Stolen) |
| | QUANTITY: 1    VALUE: $10,000.00 | | |
| | SERIAL #: 4266841042069813 | | |
| | DATE: 04/23/2008 | | |
| | RECOVERED: 1    VALUE: $10,000.00 | DATE: 04/23/2008 | |
| | OWNER: ██████████ | | |
| 4 | CITIZENS BANK (GOLD DEBIT CARD) | | Recovered (Previously Stolen) |
| | QUANTITY: 1    VALUE: $0.00 | | |
| | SERIAL #: 5178613500089508 | | |
| | DATE: 04/23/2008 | | |
| | RECOVERED: 1    VALUE: $0.00 | DATE: 04/23/2008 | |
| | OWNER: ██████████ | | |

South Hadley Police Department
Warrant Report

Page: 5
03/15/2024

Warrant #: 08-145-WA
Incident #: 08-288-OF

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|

**5  HMO BLUE DENTAL CARD**  Recovered (Previously Stolen)
QUANTITY: 1          VALUE: $0.00
SERIAL #: XXH960324539
DATE: 04/23/2008
RECOVERED: 1     VALUE: $0.00          DATE: 04/23/2008
OWNER: ███████████

**6  BLUECROSS BLUE SHIELD (DENTAL BLUE)**  Recovered (Previously Stolen)
QUANTITY: 1          VALUE: $0.00
SERIAL #: XXA960324539
DATE: 04/23/2008
RECOVERED: 1     VALUE: $0.00          DATE: 04/23/2008
OWNER: ███████████

**7  BLACK WALLET/PURSE**  Recovered (Previously Stolen)
QUANTITY: 1          VALUE: $30.00
SERIAL #: NOT AVAIL
DATE: 04/23/2008
RECOVERED: 1     VALUE: $30.00          DATE: 04/23/2008
OWNER: ███████████

**8  $50.00 CASH**  Stolen
QUANTITY: 50          VALUE: $50.00
SERIAL #: NOT AVAIL
DATE: 04/23/2008
OWNER: ███████████

**9  KOHLS CREDIT CARD**          08-373-PR          Recovered (Previously Stolen)
QUANTITY: 1          VALUE: $1,000.00
SERIAL #: 038441802601
DATE: 04/23/2008
RECOVERED: 1     VALUE: $1,000.00          DATE: 04/23/2008
OWNER: ███████████

**10  MASSACHUSETTS DRIVER LICENSE**  Recovered (Previously Stolen)
QUANTITY: 1          VALUE: $35.00
SERIAL #: S89725055
DATE: 04/23/2008
RECOVERED: 1     VALUE: $35.00          DATE: 04/23/2008
OWNER: ███████████

**11  VOLKSWAGON KEYS**          08-370-PR          Evidence (Not Nibrs Reportable)
QUANTITY: 1          VALUE: $10.00
SERIAL #: NOT AVAIL
DATE: 04/23/2008
OWNER: ███████████     ███████████

**12  EASTHAMPTON SAVINGS BANK**          08-374-PR          Recovered (Previously Stolen)
QUANTITY: 1          VALUE: $500.00
SERIAL #: 4733040388449532
DATE: 04/23/2008
RECOVERED: 1     VALUE: $500.00          DATE: 04/23/2008
OWNER: ███████████

**Warrant #: 08-145-WA**

**Incident #: 08-288-OF**

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|

**13 BAYSTATE ACCESS CARD** — 08-375-PR — Recovered (Previously Stolen)
QUANTITY: 1   VALUE: $0.00
SERIAL #: 003465310
    DATE: 04/23/2008
RECOVERED: 1   VALUE: $0.00     DATE: 04/23/2008
    OWNER:

**14 MASSACHUSETTS DRIVER'S LICENSE** — 08-376-PR — Recovered (Previously Stolen)
QUANTITY: 1   VALUE: $35.00
SERIAL #: S10661605
    DATE: 04/23/2008
RECOVERED: 1   VALUE: $35.00     DATE: 04/23/2008
    OWNER:

**15 MOHEGAN SUN PLAYER'S CLUB** — 08-377-PR — Recovered (Previously Stolen)
QUANTITY: 1   VALUE: $0.00
SERIAL #: 004679279
    DATE: 04/23/2008
RECOVERED: 1   VALUE: $0.00     DATE: 04/23/2008
    OWNER:

**16 STARBUCKS GIFT CARD** — 08-378-PR — Recovered (Previously Stolen)
QUANTITY: 1   VALUE: $10.00
SERIAL #: 6038070916052615
    DATE: 04/23/2008
RECOVERED: 1   VALUE: $10.00     DATE: 04/23/2008
    OWNER:

**17 MOUNT HOLYOKE COLLEGE (ONE CARD/ID)** — 08-379-PR — Recovered (Previously Stolen)
QUANTITY: 1   VALUE: $25.00
SERIAL #: MHC ID#504016429
    DATE: 04/23/2008
RECOVERED: 1   VALUE: $25.00     DATE: 04/23/2008
    OWNER:

**18 BLACK POUCH/CELL PHONE CASE** — 08-380-PR — Recovered (Previously Stolen)
QUANTITY: 1   VALUE: $5.00
SERIAL #: NOT AVAIL
    DATE: 04/23/2008
RECOVERED: 1   VALUE: $5.00     DATE: 04/23/2008
    OWNER:

**19 TD BANKNORTH CARD** — 08-381-PR — Recovered (Previously Stolen)
QUANTITY: 1   VALUE: $10.00
SERIAL #: 4792131220869868
    DATE: 04/23/2008
RECOVERED: 1   VALUE: $10.00     DATE: 04/23/2008
    OWNER:

**20 HONDA FACTOR ALLOY WHEEL WITH TIRE** — Stolen
QUANTITY: 1   VALUE: $150.00
SERIAL #: NOT AVAIL
    DATE: 04/23/2008
    OWNER:

South Hadley Police Department

Warrant Report

Warrant #: 08-145-WA

Incident #: 08-288-OF

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|

**21  TWO PHOTO'S OF TARR VEHILCE DAMAGE**      08-382-PR                    Evidence (Not Nibrs Reportable)
    QUANTITY: 2                      VALUE: $0.00
    SERIAL #: NOT AVAIL
        DATE: 04/23/2008
       OWNER: ▉▉▉  ▉▉▉

**22  TWO PHOTGRAPHS OF FOUND PROPERTY/LARCENY  08-383-PR**                  Evidence (Not Nibrs Reportable)
    QUANTITY: 2                      VALUE: $0.00
    SERIAL #: NOT AVAIL
        DATE: 04/23/2008
       OWNER: ▉▉▉▉▉▉▉▉

**23  I POD NANO**                                                          Stolen
    QUANTITY: 1              VALUE: $150.00
    SERIAL #: NOT AVAIL
        DATE: 04/24/2008
       OWNER: ▉▉▉  ▉▉▉

**24  DIGITAL CAMERA USB CONNECTOR**                                        Stolen
    QUANTITY: 1              VALUE: $25.00
    SERIAL #: NOT AVAIL
        DATE: 04/24/2008
       OWNER: ▉▉▉  ▉▉▉

**25  $3-4.00 CASH**                                                        Stolen
    QUANTITY: 4              VALUE: $4.00
    SERIAL #: NOT AVAIL
        DATE: 04/24/2008
       OWNER: ▉▉▉  ▉▉▉

**26  $35.00**                                                              Stolen
    QUANTITY: 1              VALUE: $35.00
    SERIAL #: NOT AVAIL
        DATE: 05/27/2008

```
                    South Hadley Police Department          Page: 8
                           Warrant Report                   03/15/2024


            Warrant #: 08-145-WA
            Incident #: 08-288-OF


                    ********************************
                    ***CONFIDENTIAL PERSON REPORT***
                    ********************************
```

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|-----------|-------------|-----|------|-----|-----|-------|
| 5 | HAYDOCY, KEVIN M | WITNESS | M | W | 31 | ▮9114 | ▮6578 |

EMPLOYER: HAYDOCY SHELL

**South Hadley Police Department**

Page: 1

DEPARTMENT FORM

Ref: 08-145-WA

Entered: 06/02/2008 @ 2006          Entry ID: 0335
Modified: 06/02/2008 @ 2015          Modified ID: 0335

---

ON 4/23/08 AT 03:23 HRS., TWO VEHICLES WERE ENTERED INTO AT #106 HADLEY VILLAGE RD., ONE OF THESE VEHICLES WAS DRIVEN FROM ITS PARKING SPACE ONTO THE LAWN OF THE CONDOS.                                                                                                    THE SUSPECTS STOLE THE VEHICLE AFTER ENTERING THE OWNERS' OTHER CAR AND  STEALING THE CAR KEY FOR THE STOLEN VEHICLE.                                                             THE OWNERS SECOND CAR WAS ENTERED INTO AND PROPERTY STOLEN FROM THIS CAR.
ANOTHER VEHICLE AT #75C HADLEY VILLAGE RD, SOUTH HADLEY WAS ENTERED INTO AND THIS VEHICLES WOULD ALSO HAVE PROPERTY STOLEN FROM IT.                                              A SHORT TIME LATER, ANOTHER VEHICLE PARKED AT #28 SPRING STREET, SOUTH HADLEY HAD IT'S TIRE STOLEN AND THE VEHICLE VANDALIZE.
WITNESSES IDENTIFIED A CHEVROLET TAHOE, DARK IN COLOR WITH CHROME WHEELS BEING OCCUPIED FOUR TIMES AS THE SUSPECTS IN THE ABOVE INCIDENTS.
THE VEHICLE WAS SEEN AT THE CRIME SCENE AND DRIVING AWAY FROM THE CRIME SCENE.
THE CHICOPEE POLICE WOULD SEE THE VEHICLE IN CHICOPEE WITH THE OCCUPANTS OUTSIDE THE CAR ACTING IN WAY THAT IS CONSISTENT WITH PERSONS ENTERING VEHICLES.
THE SUSPECTS WERE OBSERVED LEAVING THE SCENE AND WHEN STOPPED, THE SUSPECTS EXITED THE VEHICLE RAPIDLY AND ENTERED INTO A HOME.
THE SUSPECTS WERE SEEN GETTING OUT OF THE DARK TAHOE WITH CHROME WHEELS AND IDENTIFIED BY THE CHICOPEE OFFICER AS THE PERSONS HE HAD SEEN IN THE CAR.
THE FOUR SUSPECTS ADMITTED TO DRIVING IN SOUTH HADLEY,  A SHORT TIME EARLIER.
THE SUSPECTS DENIED BREAKING INTO ANY  CARS.
THE SUSPECTS WERE TALKING TO THE POLICE IN FRONT OF #942 ST. JAMES AVE., A FEW HOURS LATER THE HOMEOWNER AT #942 ST.JAMES AVE., CALLED THE SPRINGFIELD POLICE TO REPORT THAT SOMEONE HAD TOSSED A PURSE WITH STOLEN PROPERTY, INTO HER FENCED IN YARD.
THE STOLEN PROPERTY CAME FROM #106 HADLEY VILLAGE RD. CAR BREAK AND ALSO STOLEN PROPERTY WAS RECOVERED FROM THE #75C HADLEY VILLAGE RD. CAR BREAK.
THE SUSPECTS WERE THE SAME NUMBER SEEN AT THE SOUTH HADLEY CRIME SCENE, THEY WERE DRIVING IN A VEHICLE THAT WAS A PERFECT MATCH SEEN AT THE SOUTH HADLEY CRIME SCENES.
THE SUSPECTS ADMIT TO THE POLICE THAT THEY WERE JUST DRIVING IN SOUTH HADLEY FOR NO APPARENT REASON.
THE SUSPECTS ARE STANDING NEXT TO AN AREA WHEN QUESTIONED BY THE SPRINGFIELD POLICE,  STOLEN PROPERTY FROM THE TWO CARS BREAKS AT HADLEY VILLAGE RD, WOULD BE RECOVERED FROM THE EXACT AREA WHERE THE SUSPECTS WERE QUESTIONED BY THE CHICOPEE AND SPRINGFIELD POLICE.

```
                        South Hadley Police Department              Page: 1
                              Incident Report                       03/15/2024


              Incident #: 08-288-OF
                 Call #: 08-7662
```

```
Date/Time Reported: 04/23/2008 0319
 Report Date/Time: 04/23/2008 0443
     Occurred On: 04/23/2008 0318
         Status: Incident Closed

Reporting Officer: Officer Eric Ortiz
Assisting Officer: Sergeant David Simard
Approving Officer: Sergeant Mark Linnehan

       Signature: _____

       Signature: _____
```

| # | SUSPECT(S) | | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|
| 1 | OYOLA, ALEX | | M | W | 21 | ███-3365 | ███-1290 |

```
             HEIGHT: 505        WEIGHT: 150         HAIR: BLACK    EYES: BROWN
              BODY: MEDIUM                      COMPLEXION: NOT AVAIL.
               DOB: 10/10/1986             PLACE OF BIRTH: SPRINGFIELD,MA.
    LICENSE NUMBER: NOT AVAIL.                ETHNICITY: NOT HISPANIC
             PCF #: 2724433
```

────────────────────────── [APPEARANCE] ──────────────────────────

```
        GENERAL APPEARANCE: ORDERLY
             GLASSES WORN: NO
```

──────────────── [FAMILY/EMPLOYMENT INFORMATION] ────────────────

```
        MARITAL STATUS: SINGLE
        FATHER'S NAME: OYOLA, ROMAN
        MOTHER'S NAME: JUAQUINA, SANTA

           OCCUPATION: UNKNOWN
```

| 2 | RAMOS, LUIS | | M | W | 18 | ███3733 | |

```
             HEIGHT: 508        WEIGHT: 186         HAIR: BLACK    EYES: BROWN
              BODY: HEAVY                       COMPLEXION: NOT AVAIL.
               DOB: ███████             PLACE OF BIRTH: MASS.
    LICENSE NUMBER: NOT AVAIL.                ETHNICITY: NOT HISPANIC
             PCF #: ███████
```

────────────────────────── [APPEARANCE] ──────────────────────────

```
        GENERAL APPEARANCE: ORDERLY
             GLASSES WORN: NO
```

```
                    South Hadley Police Department              Page: 2
                           Incident Report                      03/15/2024


              Incident #: 08-288-OF
                 Call #: 08-7662
```

| # | SUSPECT(S) | | SEX RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|

**[FAMILY/EMPLOYMENT INFORMATION]**

```
              MARITAL STATUS: SINGLE
              FATHER'S NAME: RAMOS, LUIS
              MOTHER'S NAME: RAMOS, JAQUINA

              OCCUPATION: UNKNOWN
```

**3   DAVILA, RAFAEL III**                              M   W        19        ████-7257     ████-7299
    ████████████████

```
        HEIGHT: 509       WEIGHT: 175        HAIR: BLACK    EYES: BROWN
          BODY: MEDIUM                  COMPLEXION: NOT AVAIL.
           DOB:     1988           PLACE OF BIRTH: UNKNOWN
 LICENSE NUMBER: NOT AVAIL.            ETHNICITY: NOT HISPANIC
         PCF #:  ████
```

**[APPEARANCE]**

```
          GENERAL APPEARANCE: ORDERLY
                GLASSES WORN: NO
```

**[FAMILY/EMPLOYMENT INFORMATION]**

```
              MARITAL STATUS: SINGLE
              FATHER'S NAME: DAVILA, RAFAEL JR.
              MOTHER'S NAME: SANTIAGO, MILDRED

              OCCUPATION: UNKNOWN
```

**4   FELIBERTY, SANTO JR**                            M   W        19     ████2241     ████-2632
    ████████████████

```
          BODY: NOT AVAIL.              COMPLEXION: NOT AVAIL.
           DOB:  ████/1989          PLACE OF BIRTH: NOT AVAIL.
 LICENSE NUMBER: NOT AVAIL.            ETHNICITY: NOT HISPANIC
```

| # | OFFENSE(S) | | ATTEMPTED | TYPE |
|---|---|---|---|---|

```
  LOCATION TYPE:  Residence/Home/Apt./Condo    Zone: WOODLAWN
  106 HADLEY VILLAGE RD
  SOUTH HADLEY MA 01075
```

**1   LARCENY OVER $250**                                  N          Felony
    **266/30/A**                266      30 - ALL OTHER
              OCCURRED: 04/23/2008   0319
     SUSPECTED OF USING: Not Applicable
            BIAS AGAINST: No Bias

**South Hadley Police Department**
**Incident Report**

Incident #: 08-288-OF
Call #: 08-7662

| # | OFFENSE(S) | ATTEMPTED | TYPE |
|---|------------|-----------|------|
| 2 | MOTOR VEH, LARCENY OF<br>266/28/B    266    28<br>    OCCURRED: 04/23/2008   0319<br>SUSPECTED OF USING: Not Applicable<br>BIAS AGAINST: No Bias | N | Felony |
| 3 | B&E VEHICLE/BOAT NIGHTTIME FOR FELONY<br>266/16/D    266    16<br>    OCCURRED: 04/23/2008   0319<br>SUSPECTED OF USING: Not Applicable<br>BIAS AGAINST: No Bias | N | Felony |

LOCATION TYPE:  Residence/Home/Apt./Condo     Zone: FALLS
28 SPRING ST
SOUTH HADLEY MA 01075

| # | OFFENSE(S) | ATTEMPTED | TYPE |
|---|------------|-----------|------|
| 4 | LARCENY UNDER $250<br>266/30/C    266    30 - ALL OTHER<br>    OCCURRED: 04/23/2008   0319<br>SUSPECTED OF USING: Not Applicable<br>BIAS AGAINST: No Bias | N | Misdemeanor |
| 5 | B&E VEHICLE/BOAT NIGHTTIME FOR FELONY<br>266/16/D    266    16<br>    OCCURRED: 04/23/2008   0319<br>SUSPECTED OF USING: Not Applicable<br>BIAS AGAINST: No Bias | N | Felony |
| 6 | MOTOR VEH, MALICIOUS DAMAGE TO<br>266/28/D    266    28<br>    OCCURRED: 04/23/2008   0334<br>SUSPECTED OF USING: Not Applicable<br>BIAS AGAINST: No Bias | N | Felony |

LOCATION TYPE:  Residence/Home/Apt./Condo     Zone: WOODLAWN
██████████████████

| # | OFFENSE(S) | ATTEMPTED | TYPE |
|---|------------|-----------|------|
| 7 | LARCENY UNDER $250<br>266/30/C    266    30 - ALL OTHER<br>    OCCURRED: 04/23/2008   0319<br>SUSPECTED OF USING: Not Applicable<br>BIAS AGAINST: No Bias | N | Misdemeanor |
| 8 | LARCENY OVER $250<br>266/30/A    266    30 - ALL OTHER<br>    OCCURRED: 04/23/2008   0319<br>SUSPECTED OF USING: Not Applicable<br>BIAS AGAINST: No Bias | N | Felony |

South Hadley Police Department
Incident Report

Incident #: 08-288-OF
Call #: 08-7662

| # | VICTIM(S) | SEX | RACE | AGE | SSN | PHONE |
|---|-----------|-----|------|-----|-----|-------|
| 1 | ███████ | M | W | 45 | ██████ | ██████ |

DOB: ████
EMPLOYER: ████                    . ████████
ETHNICITY: Not of Hispanic Origin
RESIDENT STATUS: Resident
VICTIM CONNECTED TO OFFENSE NUMBER(S): 2    4
RELATION TO: OYOLA ALEX                    Relationship Unknown
RELATION TO: RAMOS LUIS                    Relationship Unknown
RELATION TO: DAVILA RAFAEL                 Relationship Unknown
RELATION TO: FELIBERTY SANTO               Relationship Unknown

| 2 | ███████ | F | W | 40 | ██████ | ██████ |

DOB: ████
EMPLOYER: ████                    . ████████
ETHNICITY: Unknown
RESIDENT STATUS: Resident
VICTIM CONNECTED TO OFFENSE NUMBER(S): 1    3
RELATION TO: OYOLA ALEX                    Relationship Unknown
RELATION TO: RAMOS LUIS                    Relationship Unknown
RELATION TO: DAVILA RAFAEL                 Relationship Unknown
RELATION TO: FELIBERTY SANTO               Relationship Unknown

| 3 | ███████ | F | W | 30 | ██████ | ██████ |

DOB: ████ 1977
ETHNICITY: Not of Hispanic Origin
RESIDENT STATUS: Resident
VICTIM CONNECTED TO OFFENSE NUMBER(S): 5    7
RELATION TO: OYOLA ALEX                    Relationship Unknown
RELATION TO: RAMOS LUIS                    Relationship Unknown
RELATION TO: DAVILA RAFAEL                 Relationship Unknown
RELATION TO: FELIBERTY SANTO               Relationship Unknown

| 4 | ███████ | F | W | 33 | ██████ | ██████ |

DOB: ████ 1975
ETHNICITY: Unknown
RESIDENT STATUS: Resident
VICTIM CONNECTED TO OFFENSE NUMBER(S): 6    8
RELATION TO: OYOLA ALEX                    Relationship Unknown
RELATION TO: RAMOS LUIS                    Relationship Unknown
RELATION TO: DAVILA RAFAEL                 Relationship Unknown
RELATION TO: FELIBERTY SANTO               Relationship Unknown

**South Hadley Police Department**
**Incident Report**

Incident #: 08-288-OF
Call #: 08-7662

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|-----------|-------------|-----|------|-----|-----|-------|
| 1 | ██████ | ███ | █ | █ | █ | ███████ | ████████ |
| 2 | ██████ | ███ | █ | █ | █ | ███████ | ████████ |
| | EMPLOYER: SPRINGFIELD POLICE DEPT | | | | | | |
| 3 | ██████ | ███ | █ | █ | █ | ███████ | |
| 4 | ██████ | ███ | █ | █ | █ | ████████ | ████████ |
| 5 | CONFIDENTIAL | | | | | | |
| 6 | ██████ | ███ | █ | █ | █ | ███████ | ████████ |
| | EMPLOYER: SPRINGFIELD POLICE  · ████████ | | | | | | |

| # | VEHICLE(S) | YEAR | MAKE | STYLE | COLOR1 | COLOR2 | REG | VALUE |
|---|-----------|------|------|-------|--------|--------|-----|-------|
| 1 | JETTA | 2008 | VOLK | SE | BLU | | MA 728BE9 | $15,000.00 |

STATUS: Recovered (Previously Stolen)          DATE: 04/23/2008
OWNER: CARVAJAL, JUAN FERNANDO
VIN: 3VWJZ71K08M084927
RECOVERY DATE: 04/23/2008     VALUE: $15000.00     CONDITION: GOOD
RELEASED TO: CARVAJAL JUAN F

| # | VEHICLE | YEAR | MAKE | STYLE | COLOR1 | COLOR2 | REG | VALUE |
|---|---------|------|------|-------|--------|--------|-----|-------|
| 2 | MURANO | 2006 | NISS | UT | GRY | | MA 38PN52 | $20,000.00 |

STATUS: Suspected          DATE: 04/23/2008
OWNER: CARVAJAL, JUAN FERNANDO
VIN: JN8AZ08W56W522264

| # | VEHICLE | YEAR | MAKE | STYLE | COLOR1 | COLOR2 | REG | VALUE |
|---|---------|------|------|-------|--------|--------|-----|-------|
| 3 | K500 | 2001 | CHEV | | GRY | | MA RWG306 | $10,000.00 |

STATUS: Suspected          DATE: 04/23/2008
OWNER: ZAVALA, REBECCA LEE
VIN: 3GNFK16T01G154515

**South Hadley Police Department**
**Incident Report**

Incident #: 08-288-OF
Call #: 08-7662

| # | VEHICLE(S) | YEAR | MAKE | STYLE | COLOR1 | COLOR2 | REG | VALUE |
|---|---|---|---|---|---|---|---|---|
| 4 | FIT | 2007 | HOND | 4H | BLU | | MA 6031BK | $15,000.00 |

STATUS: Destroyed/Damaged/Vandalized        DATE: 04/23/2008
OWNER: TARR, TIMNA
VIN: JHMGD38617SO16833

| # | VEHICLE(S) | YEAR | MAKE | STYLE | COLOR1 | COLOR2 | REG | VALUE |
|---|---|---|---|---|---|---|---|---|
| 5 | FIT | 2007 | HOND | 4H | BLU | | MA 6031BK | $5,000.00 |

STATUS: Destroyed/Damaged/Vandalized        DATE: 06/02/2008
OWNER: TARR, TIMNA
VIN: JHMGD38617SO16833

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|
| 1 | AMERICAN EXPRESS | | Recovered (Previously Stolen) |

QUANTITY: 1        VALUE: $10,000.00
SERIAL #: 372358976151003
DATE: 04/23/2008
RECOVERED: 1        VALUE: $10,000.00        DATE: 04/23/2008
OWNER: ▇▇▇▇

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|
| 2 | BANK OF AMERICA (PLATINUM) | 08-371-PR | Recovered (Previously Stolen) |

QUANTITY: 1        VALUE: $10,000.00
SERIAL #: 4888603119087880
DATE: 04/23/2008
RECOVERED: 1        VALUE: $10,000.00        DATE: 04/23/2008
OWNER: ▇▇▇▇

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|
| 3 | CHASE | 08-372-PR | Recovered (Previously Stolen) |

QUANTITY: 1        VALUE: $10,000.00
SERIAL #: 4266841042069813
DATE: 04/23/2008
RECOVERED: 1        VALUE: $10,000.00        DATE: 04/23/2008
OWNER: ▇▇▇▇

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|
| 4 | CITIZENS BANK (GOLD DEBIT CARD) | | Recovered (Previously Stolen) |

QUANTITY: 1        VALUE: $0.00
SERIAL #: 5178613500089508
DATE: 04/23/2008
RECOVERED: 1        VALUE: $0.00        DATE: 04/23/2008
OWNER: ▇▇▇▇

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|
| 5 | HMO BLUE DENTAL CARD | | Recovered (Previously Stolen) |

QUANTITY: 1        VALUE: $0.00
SERIAL #: XXH960324539
DATE: 04/23/2008
RECOVERED: 1        VALUE: $0.00        DATE: 04/23/2008
OWNER: ▇▇▇▇

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|
| 6 | BLUECROSS BLUE SHIELD (DENTAL BLUE) | | Recovered (Previously Stolen) |

QUANTITY: 1        VALUE: $0.00
SERIAL #: XXA960324539
DATE: 04/23/2008
RECOVERED: 1        VALUE: $0.00        DATE: 04/23/2008
OWNER: ▇▇▇▇

**South Hadley Police Department**
**Incident Report**

Incident #: 08-288-OF
Call #: 08-7662

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|

**7  BLACK WALLET/PURSE** — Recovered (Previously Stolen)
QUANTITY: 1     VALUE: $30.00
SERIAL #: NOT AVAIL
   DATE: 04/23/2008
RECOVERED: 1     VALUE: $30.00          DATE: 04/23/2008
   OWNER: ███████ ██

**8  $50.00 CASH** — Stolen
QUANTITY: 50     VALUE: $50.00
SERIAL #: NOT AVAIL
   DATE: 04/23/2008
   OWNER: ███████ ██

**9  KOHLS CREDIT CARD**          08-373-PR     Recovered (Previously Stolen)
QUANTITY: 1     VALUE: $1,000.00
SERIAL #: 038441802601
   DATE: 04/23/2008
RECOVERED: 1     VALUE: $1,000.00        DATE: 04/23/2008
   OWNER: ███████

**10 MASSACHUSETTS DRIVER LICENSE** — Recovered (Previously Stolen)
QUANTITY: 1     VALUE: $35.00
SERIAL #: S89725055
   DATE: 04/23/2008
RECOVERED: 1     VALUE: $35.00          DATE: 04/23/2008
   OWNER: ███

**11 VOLKSWAGON  KEYS**          08-370-PR     Evidence (Not Nibrs Reportable)
QUANTITY: 1     VALUE: $10.00
SERIAL #: NOT AVAIL
   DATE: 04/23/2008
   OWNER: ███████ ████████

**12 EASTHAMPTON SAVINGS BANK**          08-374-PR     Recovered (Previously Stolen)
QUANTITY: 1     VALUE: $500.00
SERIAL #: 4733040388449532
   DATE: 04/23/2008
RECOVERED: 1     VALUE: $500.00         DATE: 04/23/2008
   OWNER: █████

**13 BAYSTATE ACCESS CARD**          08-375-PR     Recovered (Previously Stolen)
QUANTITY: 1     VALUE: $0.00
SERIAL #: 003465310
   DATE: 04/23/2008
RECOVERED: 1     VALUE: $0.00           DATE: 04/23/2008
   OWNER: ████ ████

**14 MASSACHUSETTS DRIVER'S LICENSE**          08-376-PR     Recovered (Previously Stolen)
QUANTITY: 1     VALUE: $35.00
SERIAL #: S10661605
   DATE: 04/23/2008
RECOVERED: 1     VALUE: $35.00          DATE: 04/23/2008
   OWNER: ████ ████

South Hadley Police Department
Incident Report

Incident #: 08-288-OF
Call #: 08-7662

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|

**15** MOHEGAN SUN PLAYER'S CLUB       08-377-PR       Recovered (Previously Stolen)
    QUANTITY: 1        VALUE: $0.00
    SERIAL #: 004679279
       DATE: 04/23/2008
   RECOVERED: 1       VALUE: $0.00        DATE: 04/23/2008
       OWNER: ▓▓▓▓ ▓▓▓▓

**16** STARBUCKS GIFT CARD       08-378-PR       Recovered (Previously Stolen)
    QUANTITY: 1        VALUE: $10.00
    SERIAL #: 6038070916052615
       DATE: 04/23/2008
   RECOVERED: 1       VALUE: $10.00        DATE: 04/23/2008
       OWNER: ▓▓▓▓ ▓▓▓▓

**17** MOUNT HOLYOKE COLLEGE (ONE CARD/ID)    08-379-PR       Recovered (Previously Stolen)
    QUANTITY: 1        VALUE: $25.00
    SERIAL #: MHC ID#504016429
       DATE: 04/23/2008
   RECOVERED: 1       VALUE: $25.00        DATE: 04/23/2008
       OWNER: ▓▓▓▓ ▓▓▓▓

**18** BLACK POUCH/CELL PHONE CASE       08-380-PR       Recovered (Previously Stolen)
    QUANTITY: 1        VALUE: $5.00
    SERIAL #: NOT AVAIL
       DATE: 04/23/2008
   RECOVERED: 1       VALUE: $5.00        DATE: 04/23/2008
       OWNER: GRANT, JENNIFER

**19** TD BANKNORTH CARD       08-381-PR       Recovered (Previously Stolen)
    QUANTITY: 1        VALUE: $10.00
    SERIAL #: 4792131220869868
       DATE: 04/23/2008
   RECOVERED: 1       VALUE: $10.00        DATE: 04/23/2008
       OWNER: ▓▓▓▓

**20** HONDA FACTOR ALLOY WHEEL WITH TIRE       Stolen
    QUANTITY: 1        VALUE: $150.00
    SERIAL #: NOT AVAIL
       DATE: 04/23/2008
       OWNER: ▓▓▓▓

**21** TWO PHOTO'S OF TARR VEHILCE DAMAGE    08-382-PR       Evidence (Not Nibrs Reportable)
    QUANTITY: 2        VALUE: $0.00
    SERIAL #: NOT AVAIL
       DATE: 04/23/2008
       OWNER: ▓▓▓▓ ▓▓▓▓

**22** TWO PHOTGRAPHS OF FOUND PROPERTY/LARCENY   08-383-PR       Evidence (Not Nibrs Reportable)
    QUANTITY: 2        VALUE: $0.00
    SERIAL #: NOT AVAIL
       DATE: 04/23/2008
       OWNER: ▓▓▓▓ ▓▓

South Hadley Police Department
Incident Report

Incident #: 08-288-OF
Call #: 08-7662

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|

**23  I POD NANO**          Stolen
QUANTITY: 1      VALUE: $150.00
SERIAL #: NOT AVAIL
    DATE: 04/24/2008
  OWNER: ███████ ██████

**24  DIGITAL CAMERA USB CONNECTOR**    Stolen
QUANTITY: 1      VALUE: $25.00
SERIAL #: NOT AVAIL
    DATE: 04/24/2008
  OWNER: ███████ ██████

**25  $3-4.00 CASH**        Stolen
QUANTITY: 4      VALUE: $4.00
SERIAL #: NOT AVAIL
    DATE: 04/24/2008
  OWNER: ███████ ██████

**26  $35.00**        Stolen
QUANTITY: 1      VALUE: $35.00
SERIAL #: NOT AVAIL
    DATE: 05/27/2008

South Hadley Police Department

Page: 10

## Incident Report

03/15/2024

Incident #: 08-288-OF
Call #: 08-7662

```
********************************
***CONFIDENTIAL PERSON REPORT***
********************************
```

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|-----------|-------------|-----|------|-----|-----|-------|
| 5 | ████ ████ | WITNESS | M | W | 31 | ████ | ████ |
| | ████ ████ | | | | | | |
| | ████ | | | | | | |

**South Hadley Police Department**                                     Page: 1
NARRATIVE FOR OFFICER ERIC J ORTIZ

Ref: **08-288-OF**

Entered:  04/23/2008 @ 0508          Entry ID:  0287
Modified: 10/10/2008 @ 1518          Modified ID: 0335
Approved: 04/24/2008 @ 0812          Approval ID: 0287

---

Ofc.Ortiz reports:

On 04/23/08 at 03:19 hours I was dispatched to the area of 114 Hadley Village for a report of a suspicious vehicle. Dispatch informed me that the reporting party observed a vehicle speed down the road in front of his house and flash its head lights. Upon arrival I observed a blue Volkswagen Jetta displaying Mass/Reg 728BE9 parked on the lawn in front of 125 Hadley Village Rd. running unoccupied. There was no vehicles or suspects seen leaving the area of where this vehicle was located. A query was run on the plate and it came back to ███ ███ out of 106 Hadley Village Rd. Ofc. Leary and myself went to the Carvajal residence while Sgt. Simard stood by with the vehicle. While standing by the vehicle Sgt. Simard received a report from a neighbor who saw a Black SUV (believed a Tahoe) with chrome rims leaving the area with three males in it. This information was relayed to Dispatch who in turn put it out over WMLEC.

When Ofc. Leary and I went to 106 Hadley Village we noticed the front door was partially ajar. When Ofc. Leary knocked on the door the door opened more and she shouted in to the residence to see if there was anyone up. A female party later identified as ███ came to the door and spoke with both officers. We stated to her our reason for being there and at this time her husband the registered owner of the Jetta came to the door. VICTIM 1 was informed that his vehicle was on with the keys in the ignition, parked on someone's lawn. At this time VICTIM 1 and his wife walked to their other vehicle which was a 2006 Nissan Murano displaying Mass/Reg 38PN52 that was parked in front of his residence. VICTIM 1 opened the door (which was unlocked) to his vehicle and noticed the glove box was opened and his wife's purse was missing. VICTIM 1 stated to me that the spare key to his Jetta was in the center console and is now missing. No other items were missing from the vehicle besides Jaramillo's purse which contained cash and credit cards. While VICTIM 1 and ███ were looken through their vehicle Ofc. Leary was dispatched to the area of Spring St, for a report of a black Tahoe occupied three timess attempting the theft of a motor vehicle (refrer to call 08-7663). This call was placed at 03:34 hours and the alleged vehicle matched the description of the vehicle seen leaving the Hadley Village area.

I then transported VICTIM 1 to the location of his vehicle. Upon arrival VICTIM 1 noticed his glove box was open and his center console had been gone through. VICTIM 1 reported nothing missing from his vehicle at this time, but that his daughter's purse appeared to have been gone through. I removed the keys (using gloves) from the ignition using the other keys to turn the key, not touching the ignition key. Sgt, Simard advised me to enter the keys as property so that finger prints can be taken from it. I then placed the key in my cruiser to be transported to the station for evidence (08-370-PR). The vehicle was then driven back to its residence by the owner using his other key.

South Hadley Police Department                                    Page: 2
NARRATIVE FOR OFFICER ERIC J ORTIZ
       Ref: 08-288-OF

   Entered: 04/23/2008 @ 0508      Entry ID: 0287
   Modified: 10/10/2008 @ 1518   Modified ID: 0335
   Approved: 04/24/2008 @ 0812   Approval ID: 0287

Before clearing I was able to obtain a photo copy of all the credit cards stolen from Jaramillo's purse. I spoke with his daughter Susanita who stated to me that $35.00 was taken from her purse, and a old elementary school identification from Mosier School. Jaramillo reported other miscellaneous items/cards taken from her purse but nothing of value but what is reported in this report. **VICTIM 1** was advised that if he noticed any damage done to either vehicle or any other items missing to contact the station. He also stated that he thought he heard his car horn (signaling the doors to be unlocked by the remote) go off, but wasn't sure if it was a dream or not. He did not look out side so he is not sure if it really happened. The last time he drove the car was at 19:00 hours.

Once I got back the station, Chicopee PD contacted us and spoke with Dispatcher Gagner. They informed Gagner that they had the possible black SUV we put out over WMLEC, which they followed into Springfield at 938 St.James St. Ofc. Hernandez of Chicopee PD provided dispatch with the operator of the vehicle a Alex Oyola who admitted to him to have been driving in South Hadley today. He also gave the names of three other subjects that were at this location a Luis Ramos, Santo Feliberty and Rafel Davala III. The vehicle suspected is a 2001 Chevrolet K500 color gray, registered to a Rebecca L. Zavala. Ofc. Hernandez believes the vehicle to have Cadalic Escalade chrome rims on it. All information was obtained by Disp. Gagner and included with this report. At this time I have no further information and the case/incident will be forwarded to the detective unit.

At 07:00 hours Ofc. Leary obtained found property from a Chicopee officer who had originally obtained it from Ofc. Stelzer of Springfield PD. Contact was made with Ofc. Stelzer who informed me that he retrieved these items from a ▓▓▓▓▓▓▓ of 942 St. James St in Springfield. ▓▓▓▓▓▓ reported to him that she had found a pouch containing credit cards in her front yard (which is fenced in), which is located next door to the house that officers were at last night speaking to the above four suspects (Oyola, Ramos, Feliberty & Davala). Items contained in the pouch were ▓▓▓▓▓▓▓s Chase Card, TD Banknorth Card, Bank Of America Card (Platinum) and her Kohl's card. Also in the pouch were a Massachusetts Driver's License, Easthampton Savings Bank Card, Baystate Access Card, MHC student ID, Mohegan Sub Player's Club card and a Starbucks gift card all owned by ▓▓▓▓▓▓▓. ▓▓▓ did contact this department and informed us that her car was broken into last night. She is on her way to work and will be by around 15:00 hours to file a report. All items were entered in as property, some are new and others of recovered previously stolen.

At 06:48 hours, this department received a call from ▓▓▓▓▓▓ who wanted to report that her car had been vandalize. According to ▓▓▓ she was asked by dispatcher Gagner to come down to the station to file out a statement form. ▓▓▓ came into the station and informed me that it was her husband who in fact discovered that the front drivers side wheel was stolen off of her car. I then went to her residence at 28 Spring St and observed

```
                        South Hadley Police Department              Page: 3
                        NARRATIVE FOR OFFICER ERIC J ORTIZ
                Ref: 08-288-OF

        Entered: 04/23/2008 @ 0508        Entry ID: 0287
        Modified: 10/10/2008 @ 1518     Modified ID: 0335
        Approved: 04/24/2008 @ 0812     Approval ID: 0287
```

that the vehicle in question was a 2007 Honda Fit color blue displaying Mass/Reg 6031BK. Spoke with ████ s

husband a ███████████, who stated he went out this morning to move his wife's car and noticed the front

driver's side wheel was stolen. He went on to mention that the vehicle was sitting on some bricks and that the

undercarriage of the vehicle was damaged. ████████ stated he took pictures of the vehicle prior to putting the

spare tire on (see attached photo's). Prior to this call coming in this department had a call at 03:34 hours of a

suspicious vehicle attempting to break into cars on Spring St. The vehicle was describe as a black Tahoe

occupied three times.

    At 10:30 hours **Victim 2** came into the station to report she had found her purse and credit cards (Citizens

Bank, American Express, Both HMO cards and her drivers license) on the side of her house.

    At 16:30 hours ████████████ came into the station and filled out a statement form(attached to this report),

which was obtained from Ofc. Leary. According to ████████ statements the following items were stolen from her

2008 Nissan Altima (contact was made with the victim as well as a query on the vehicle and was unable to obtain

further information about the vehicle) between the hours of 21:30-06:30 hours on 4/22-4/23/08.

1. Mass driver's license

2. MHC School ID

3. Debit Card

4. Black cell phone case.

5. $3-4.00 in cash.

6. I pod Nano.

7. Digital Camera USB connector.

                            Respectfully Submitted,
                            Officer Eric Ortiz #21

**South Hadley Police Department** **Page: 1**

NARRATIVE FOR OFFICER MARK DOMINICK

Ref: 08-288-OF

Entered: 05/27/2008 @ 1832    Entry ID: 0335
Modified: 06/02/2008 @ 1603   Modified ID: 0335
Approved: 06/01/2008 @ 1601  Approval ID: 0355

---

DET. M.B .DOMINICK REPORTS

ON 4/23/08 AT APPROXIMATELY 0318 HRS., THE SO. HADLEY POLICE WERE DISPATCHED TO THE AREA OF #114 HADLEY VILLAGE CONDOS.

THE POLICE WOULD FIND A STOLEN VEHICLE ON THE GRASS OF THE COMPLEX, MASS. REGISTRATION 728BE9.

IN SPEAKING WITH THE OWNER OF THE STOLEN CAR, <mark>VICTIM 1</mark> OF #106 HADLEY VILL. RD., IT WAS DETERMINED THAT SOME UNKNOWN PARTIES HAD ENTERED INTO THE CAR. AFTER FINDING AN IGNITION KEY, THE SUSPECTS DROVE THE VEHICLE ONTO THE LAWN AND STOLE PROPERTY OF HIS , INCLUDING CREDIT CARDS.

THE IGNITION KEYS WERE LEFT IN ANOTHER VEHICLE PARKED IN THE COMPLEX.

THAT VEHICLE IS OWNED BY ▮▮▮▮▮▮▮▮ OF THE SAME ADDRESS.

WHEN MS. JARAMILLOS' VEHICLE, MASS. REGISTRATION 38PN52 , WAS CHECKED BY THE OWNER IT WAS DISCOVERED THAT THE VEHICLE HAD BEEN ENTERED AND ▮▮▮▮▮▮▮ PERSONAL PROPERTIES HAD BEEN STOLEN INCLUDING CREDIT CARDS, CASH AND PURSE, ( SEE STOLEN PROPERTY LIST ).

ANOTHER VICTIM , ▮▮▮▮▮▮▮▮ OF #75C HADLEY VILLAGE, REPORTED THAT HER CAR WAS ALSO ENTERED INTO THIS EVENING AND ITEMS STOLEN. THE ITEMS INCLUDED HER DRIVERS LICENSE, STUDENT ID CARD AND GIFT CARDS. SGT. DAVID SIMARD REPORTED THAT HE SPOKE WITH A NEIGHBOR AT THE SCENE, THIS CITIZEN INFORMED SGT. SIMARD THAT A BLACK OR DARK CHEVY TAHOE WITH TRICKED OUT CHROME WHEELS WAS SEEN LEAVING THE AREA WITH THREE MALES INSIDE.

THE VEHICLE FLED SOUTH TOWARD CHICOPEE AND THE INFORMATION WAS PROVIDED TO SURROUNDING AREA POLICE DEPARTMENTS.

WHILE THE POLICE WERE STILL ON THE SCENE AT HADLEY VILLAGE, ▮▮▮▮▮▮▮▮ ,A RESIDENT OF SOUTH HADLEY , WHO LIVES IN THE SPRING STREET AREA, REPORTED SEEING THREE MALES OUTSIDE HIS APARTMENT.

▮▮▮▮▮▮ REPORTED THAT THE MALES WERE VANDALIZING A VEHICLE. ▮▮▮▮▮▮ REPORTED THAT HE THOUGHT THAT THE VEHICLE WAS ATTEMPTED TO BE STOLEN.

▮▮▮▮▮▮ INFORMED THIS OFFICER ON 5/29/08 , THAT ON 4/23/08 AROUND 03:30 HRS, HE OBSERVED THE THREE MALES EXITING THE DARK CHEVY TAHOE, WITH CHROME TRICKED OUT WHEELS. MR. ▮▮▮▮▮▮ REPORTED THAT THE MALES WERE HISPANIC AND APPEARED TO BE IN THEIR LATE TEENS OR TWENTIES. MR. ▮▮▮▮▮▮ STATED THAT HE HAD GOTTEN UP TO GO TO THE BATHROOM WHEN HE OBSERVED THE DARK TAHOE VEHICLE PULL UP ON THE STREET AND SAW THE THREE MALES EXIT THE VEHICLE, THE VEHICLE THAN DROVE AWAY A SHORT DISTANCE AND PARKED. MR. ▮▮▮▮▮▮ REPORTED THAT HE SAW THE THREE MALES WALK UP TO MS. TARR'S CAR AND THEY BEGAN TO JACK UP THE CAR , THE MALES WERE BANGING AROUND AND MR. ▮▮▮▮▮▮ COULDN'T BELIEVE HOW MUCH NOISE THEY WERE MAKING.

IT WAS AT THIS TIME, MR. ▮▮▮▮▮▮ CALLED THE POLICE TO REPORT THE VANDALISM , WHEN HE LOOKED OUT HIS WINDOW AGAIN MR. ▮▮▮▮▮▮ SAW THE THREE MALES RUNNING DOWN THE MIDDLE OF THE STREET AND THE FOURTH MALE THAN STARTED UP THE TAHOE AND DROVE AWAY WITH THE THREE MALES INSIDE THE VEHICLE.

THIS WAS THE SAME VEHICLE THAT HAD BEEN OBSERVED AT HADLEY VILLAGE CONDOS A

NARRATIVE FOR OFFICER MARK DOMINICK
Ref: 08-288-OF

Entered: 05/27/2008 @ 1832      Entry ID: 0335
Modified: 06/02/2008 @ 1603    Modified ID: 0335
Approved: 06/01/2008 @ 1601    Approval ID: 0355

FEW MINUTES PREVIOUS.
ALL INFORMATION WAS BROADCAST AND IN A SHORT PERIOD OF TIME, THE CHICOPEE POLICE
REPORTED SEEING THE VEHICLE THAT WAS BEING SOUGHT.
OFFICER JUAN HERNANDEZ OF CHICOPEE POLICE REPORTED THAT HE HEARD THE BOLO FOR
THE DARK TAHOE WITH THE CHROME WHEELS.
OFFICER HERNANDEZ REPORTED SEEING THIS VEHICLE IN THE AREA OF THE ARMY RESERVE
STATION , IN FOLLOWING THE VEHICLE HE OBSERVED THAT THREE MALES EXITED THE
TAHOE AND APPROACHED A PARKED MOTORCYCLE ON A SIDEWALK.
OFFICER HERNANDEZ STATED THAT HIS EXPERIENCE WAS THAT THE SUSPECTS WERE
ACTING AS LOOK OUTS AND WERE ABOUT TO COMMIT A LARCENY FROM THE MOTORCYCLE.
WHEN THE SUSPECTS SPOTTED OFFICER HERNANDEZ THEY JUMPED BACK INTO THE TAHOE
AND WERE DRIVEN OFF BY THE OPERATOR, WHO WAS THE FOURTH MALE INSIDE THE
VEHICLE.
OFF. HERNANDEZ FOLLOWED THE VEHICLE AND GOT THE LICENSE PLATE, MASS
.REGISTRATION RWG306.
AT THIS TIME, THE VEHICLE WAS ON ST.JAMES AVE., THE AREA IS THE BORDER OF
CHICOPEE/SPRINGFIELD.
THE CAR SUDDENLY STOPPED AND OFFICER HERNANDEZ HAD TO AVOID HITTING THE TAHOE,
BY PASSING THE TAHOE AND THAN PULLING TO THE SIDE OF IT.
OFF.HERNANDEZ OBSERVED THE OPERATOR AND THREE MALES EXIT THE TAHOE AND
WALKED FAST TO #939 ST. JAMES AVE.
THIS IS THE HOME ADDRESS FOR THE VEHICLES OWNER, ▮▮▮▮▮▮▮▮▮.
OFF. HERNANDEZ STATED HE APPROACHED THE HOME AND THE FOUR SUSPECTS EXITED THE
HOME.
OFF. HERNANDEZ ALONG WITH SPRINGFIELD OFFICERS IDENTIFIED THE OPERATOR AS ALEX
OYOLA, DOB ▮▮▮▮ OF CARDWELL PL. SPRINGFIELD.
THE THREE OTHER SUSPECTS WERE IDENTIFIED AS RAFAEL DAVILA, DOB ▮▮▮, OF 163
TRAFTON RD., SPRINGFIELD.
LUIS RAMOS, DOB ▮▮▮▮, OF 24 DOVER ST., SPRINGFIELD AND SANTO FELIBERTY, ▮▮▮, 22
MASRECO ST. OF SPRINGFIELD.
OFF. HERNANDEZ STATED THAT HE SAW MR. OYOLA DRIVING THE TAHOE AND THE OTHER
SUSPECTS WERE PASSENGERS, THE SUSPECTS APPEARED NERVOUS AND STATED THAT THEY
HAD BEEN DRIVING AROUND THIS EVENING.
MR. OYOLA STATED THAT THE VEHICLE BELONGS TO HIS GIRLFRIEND, ▮▮▮▮▮▮▮▮.
MR. OYOLA STATED THAT HE WAS MAD AT HIS GIRLFRIEND AND THAT WAS WHY HE WAS
DRIVING AROUND LATE AT NIGHT.
MR. OYOLA AND THE OTHER THREE SUSPECTS INFORMED OFFICER HERNANDEZ THAT THEY
HAD BEEN DRIVING AROUND IN SOUTH HADLEY , A SHORT TIME EARLIER.
MR. OYOLA STATED TO OFFICER HERNANDEZ THAT HE THOUGHT THAT A SOUTH HADLEY
POLICE CRUISER MAY HAVE BEEN FOLLOWING HIM THIS EVENING.
THE SUSPECTS DENIED STEALING ANYTHING FROM THE MOTOR VEHICLES IN SO. HADLEY
AND WENT BACK INTO THE HOME.
AT 0600 HRS, THE NEXT DOOR NEIGHBOR TO #938 ST. JAMES AVE., MICHELLE LAVERE OF #942
ST. JAMES AVE., NOTIFIED THE SPRINGFIELD POLICE THAT SHE RECOVERED STOLEN
PROPERTY IN HER YARD.

**South Hadley Police Department**                                    Page: 3

NARRATIVE FOR OFFICER MARK DOMINICK

Ref: 08-288-OF

```
Entered:  05/27/2008 @ 1832      Entry ID: 0335
Modified: 06/02/2008 @ 1603      Modified ID: 0335
Approved: 06/01/2008 @ 1601      Approval ID: 0355
```

---

THE PROPERTY HAD BEEN TOSSED OVER HER FENCE AND WAS RECOVERED BY OFF. STELZER OF SPRINGFIELD POLICE.

THE RECOVERED ITEMS INCLUDED **VICTIM 2** STOLEN PROPERTY FROM HER CAR, INCLUDED WERE HER FOUR CREDIT CARDS.

ALSO, PROPERTY BELONGING TO JENNIFER GRANT, THE OTHER VICTIM FROM THE HADLEY VILL. RD. CAR BREAKS WAS RECOVERED.

DRIVERS LICENSE, STUDENT ID, AND GIFT CARDS WERE RECOVERED FROM MS. LAVERE'S FENCED IN YARD.

OFFICER HERNANDEZ STATED THAT THE AREA WHERE THE STOLEN PROPERTY WAS FOUND WAS THE AREA WHERE HE OBSERVED THE FOUR SUSPECTS WALK BY WHEN THEY SUDDENLY EXITED THE VEHICLE ON ST. JAMES AVE..

OFFICER HERNANDEZ STATED THAT HE DIDN'T SEE THE SUSPECTS THROW THE STOLEN PROPERTY OVER THE FENCE BECAUSE HE HAD TO PASS THE TAHOE TO AVOID HITTING IT AND IN THE TIME IT TOOK TO STOP, BACK UP HIS CRUISER AND GET OUT OF HIS CAR, THE SUSPECTS HAD THE TIME TO THROW THE STOLEN PROPERTY OVER THE FENCE.

BASED ON THE ABOVE FACTS, THE FOUR MALES, MR. OYOLA, MR. RAMOS, MR. FELIBERTY, AND MR. DAVILA ALL ADMITTED TO BEING IN SO.HADLEY AT THE TIME OF THE BREAKS. THE MALES WERE IN THE VEHICLE THAT MATCHED THE DESCRIPTION THAT WAS SEEN AT BOTH CRIME SCENES.

THE MALES WERE THE NUMBER SEEN AT BOTH CRIME SCENES.

THE SUSPECTS WERE OBSERVED AS HISPANIC MALES IN THEIR TEENS OR EARLY TWENTIES BY THE WITNESS AND THIS MATCHED.

THE SUSPECTS WERE OBSERVED BY OFFICER HERNANDEZ IN CHICOPEE AS ACTING IN A WAY THAT HIS TRAINING AND EXPERIENCE BELIEVED THAT THE SUSPECTS WERE ATTEMPTING TO BREAK INTO VEHICLES.

OFFICER HERNANDEZ OBSERVED THE SUSPECTS ATTEMPTS TO EXIT THE CAR IN A SUDDEN FASHION, TO AVOID THE POLICE.

THE SUSPECTS ALL APPEAR NERVOUS AND ADMITTED TO BEING IN SO.HADLEY.

THE STOLEN PROPERTY FROM SO.HADLEY, IS FOUND EXACTLY WHERE THE SUSPECTS WERE STANDING IN SPRINGFIELD.

ALL ATTEMPTS TO CONTACT THE SUSPECTS FOR INTERVIEWS WAS UNSUCCESSFUL, WHEN I DIALED THE CELL NUMBERS, I WAS SWORE AT AND HUNG UP ON, SEVERAL TIMES.

NO CONTACT AT LISTED ADDRESSES.

```
                     South Hadley Police Department              Page: 1
              SUPPLEMENTAL NARRATIVE FOR OFFICER KRISTIN M LEARY
              Ref: 08-288-OF

          Entered: 04/23/2008 @ 0706        Entry ID: 0215
          Modified: 10/10/2008 @ 1514    Modified ID: 0335
          Approved: 04/24/2008 @ 0812    Approval ID: 0287
```

On 04/23/08, I took custody of a black wallet containing various cards from a resident in the Hadley Village area. I took custody of the wallet from Officer Villilobos of Chicopee and then turned it over to Ofc.Ortiz.

Ofc.Kristin Leary
South Hadley PD

ON 4/23/08 AT 03:23 HRS., TWO VEHICLES WERE ENTERED INTO AT #106 HADLEY VILLAGE RD., AND ANOTHER VEHICLE AT #75C HADLEY VILLAGE RD, SOUTH HADLEY.
THESE VEHICLES WOULD HAVE PROPERTY STOLEN FROM THEM.                        A SHORT TIME LATER, ANOTHER VEHICLE PARKED AT #28 SPRING STREET, SOUTH HADLEY HAD IT'S TIRE STOLEN AND THE VEHICLE VANDALIZE.
WITNESSES IDENTIFIED A CHEVROLET TAHOE, DARK IN COLOR WITH CHROME WHEELS BEING OCCUPIED FOUR TIMES AS THE SUSPECTS IN THE ABOVE INCIDENTS.
THE VEHICLE WAS SEEN AT THE CRIME SCENE AND DRIVING AWAY FROM THE CRIME SCENE.
THE CHICOPEE POLICE WOULD SEE THE VEHICLE IN CHICOPEE WITH THE OCCUPANTS OUTSIDE THE CAR ACTING IN WAY THAT IS CONSISTENT WITH PERSONS ENTERING VEHICLES. THE SUSPECTS WERE OBSERVED LEAVING THE SCENE AND WHEN STOPPED, THE SUSPECTS EXITED THE VEHICLE RAPIDLY AND ENTERED INTO A HOME.
THE SUSPECTS WERE SEEN GETTING OUT OF THE DARK TAHOE WITH CHROME WHEELS AND IDENTIFIED BY THE CHICOPEE OFFICER AS THE PERSONS HE HAD SEEN IN THE CAR.
THE FOUR SUSPECTS ADMITTED TO DRIVING IN SOUTH HADLEY,  A SHORT TIME EARLIER. THE SUSPECTS DENIED BREAKING INTO ANY  CARS.
THE SUSPECTS WERE TALKING TO THE POLICE IN FRONT OF #942 ST. JAMES AVE., A FEW HOURS LATER THE HOMEOWNER AT #942 ST.JAMES AVE., CALLED THE SPRINGFIELD POLICE TO REPORT THAT SOMEONE HAD TOSSED A PURSE WITH STOLEN PROPERTY, INTO HER FENCED IN YARD.
THE STOLEN PROPERTY CAME FROM #106 HADLEY VILLAGE RD. CAR BREAK AND ALSO STOLEN PROPERTY WAS RECOVERED FROM THE #75C HADLEY VILLAGE RD. CAR BREAK.
THE SUSPECTS WERE THE SAME NUMBER SEEN AT THE SOUTH HADLEY CRIME SCENE, THEY WERE DRIVING IN A VEHICLE THAT WAS A PERFECT MATCH SEEN AT THE SOUTH HADLEY CRIME SCENES.
THE SUSPECTS ADMIT TO THE POLICE THAT THEY WERE JUST DRIVING IN SOUTH HADLEY FOR NO APPARENT REASON.
THE SUSPECTS ARE STANDING NEXT TO AN AREA WHEN QUESTIONED BY THE SPRINGFIELD POLICE,  STOLEN PROPERTY FROM THE TWO CARS BREAKS AT HADLEY VILLAGE RD, WOULD BE RECOVERED FROM THE EXACT AREA WHERE THE SUSPECTS WERE QUESTIONED BY THE CHICOPEE AND SPRINGFIELD POLICE.