# UNIFORM ARREST REPORT
JD-CR-21(1) Rev. 3-21

FOR COURT USE ONLY

| Uniform Arrest Report number | | | Companion Uniform Arrest Report number | |
|---|---|---|---|---|
| 0231L0000133 | [X] CR | | | [ ] CR |
| | [ ] MV | | | [ ] MV |

**Name of accused** (Last, First, Middle): FELIBERTY, SANTO Jr.
**Docket number:**

**Address of accused** (Number, Street, PO box, City, State, Zip code): SPRINGFIELD, MA 01109
**E-mail address of accused:**

| Sex | Race | Hispanic | US Veteran | Date of birth | Social security number | Alien registration number | Court date |
|---|---|---|---|---|---|---|---|
| M | W | [ ] Yes | [ ] Yes | 1989 | 2241 | | 03302023 |

| Birth country | Birth state | Birth city | Alias / Maiden name | Court location |
|---|---|---|---|---|
| US | MA | SPRINGFIELD | | HARTFORD G.A. 14 |

| Operator's license number / State | MV Boat CDL | Vehicle registration number / State | MV Boat CV | US DOT number / State | |
|---|---|---|---|---|---|
| CT | [X] [ ] [ ] | | [ ] [ ] [ ] | | [ ] US DOT (D) |
| | | | | | [ ] CT Only (C) |

| Arrest date and time | | Arresting agency name | Arrest town | PD case number |
|---|---|---|---|---|
| 03172023 0025 | [X] A.M. [ ] P.M. | 0023 | CANTON | 2300002428 |

| Arresting officer | Shield number | Incident involved (Select all that apply) | PD arrestee number |
|---|---|---|---|
| OFFICER TEBECIO | 205 | [ ] FV [ ] ALC [ ] NAR [ ] HAZ MAT | 52805 |

[ ] No bond set  [ ] Promise to appear  [X] Non-surety bond set (Amount) 15000  [ ] Bond NOT posted

[ ] Bond set (Amount) ____  [ ] Surety / Cash  [ ] Cash only  [ ] 10% Cash  [X] Bond posted

| Department / Troop ORI | S.P.B.I. number | Height | Weight | Hair | Eyes | Multi-Page UAR |
|---|---|---|---|---|---|---|
| CT0002300 | CT01236496 | 507 | 165 | BRO | BRO | Page 1 of 1 |

| Offense date(s) | Town of offense | C/A/X | Statute number / Description of charge | Number of counts |
|---|---|---|---|---|
| 03172023 | CANTON | A | 53a-125b LARCENY 6TH DEG | 1 |
| 03172023 | CANTON | | 53a-106 POSSESSION OF BURGLAR TOOLS | 1 |
| 03172023 | CANTON | | 53a-109 CRIMINAL TRESPASS 3RD DEG | 1 |
| 03172023 | CANTON | | 53a-167a INTERFERE WITH OFFCR/RESISTING | 1 |

# Canton Police Department

45 River Road, Canton CT 06019

(860) 693-0221

Page 1 of 5

## CASE/INCIDENT REPORT

SUPPLEMENTARY ☐

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 2300002428 | 6 | 03/17/2023 03/17/2023 | 00:24 | 03/17/2023 | 05:25 | Larceny - From MV | 125 | Officer Tebecio, Patrick | 205 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
| | | | | | 205 | PTEBECIO | 03/17/2023 | 05:25 |

| STREET NO | STREET NAME AND TYPE | APT NO. | INTERSECTING STREET NAME AND TYPE | PREMISES NAME | STATUS | TOWN CD |
|---|---|---|---|---|---|---|
| 00071 | ALBANY Tpke CANTON | | | MITCHELL SUBARU | Cleared by Arrest | T023 |

| OFFENSE | LOCAL X-REF CODE | IBR CODE | ATT/COMP | OFFENSE DESCRIPTION |
|---|---|---|---|---|
| Theft of MV Parts or Accessories | 23G | 23G | Attempted | Auto Dealership New/used |

STATUS CODE  C=COMPLAINANT  V=VICTIM  A=ARRESTEE  J=JUVENILE  H=OTHER  M=MISSING  W=WITNESS  O=OFFENDER  D=DRIVER  S=SUSPECT  P=POLICE OFFICER  T=TOT

| STATUS | NAME | SEX | RACE | D.O.B. | TELEPHONE | ADDRESS | OP STATE & NO. |
|---|---|---|---|---|---|---|---|
| V | Mitchell Subaru / Mitchell Auto Group | | | | Bus | Canton CT | |
| | | | | | Bus | | |
| A O | Feliberty, Santo Jr. | M | W | 1989 | Cel | Springfield MA | |

| ARRESTEE NAME | CHARGES | | CNTS | COURT DATE | BOND |
|---|---|---|---|---|---|
| Feliberty, Santo Jr. | 53a-49/ 53a-125b | CRIMINAL ATTEMPT/ LARCENY 6TH DEG | 1 | 03/30/2023 | $ |
| | 53a-167a | INTERFERE WITH OFFCR/RESISTING | 1 | | $ |
| | 53a-106 | POSSESSION OF BURGLAR TOOLS | 1 | | $ |
| | 53a-108 | CRIMINAL TRESPASS 2ND DEG | 1 | | $15,000 |

1=NONE 2=BURNED 3=COUNTERFEIT/FORGED 4=DAMAGED/DEST 5=RECOVERED 6=SEIZED 7=STOLEN 8=UNKNOWN 9=IMPOUNDED/FOUND T=TOWED E=EVIDENCE A=ABANDONED

| CODE | QTY. | DESCRIPTION | BRAND | MODEL | YEAR | STATE | REG | MAKE | MODEL | COLOR | VIN/SERIAL NO. | EST.VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E | 1 | Tools | | | | | | | | | | $40.00 |
| | | (1) red "Craftsman" folding knife with black metal blade | | | | | | | | | | |
| E | 1 | PDA/Cell Phone | | | | | | | | | | $500.00 |
| | | (1) black iPhone with broken screen protector. iPhone secured inside Faraday Bag for further search of data. | | | | | | | | | | |
| 1 | | | | | | | | | | | | |

On the above date and time, I was conducting a patrol check of Cheryl Drive, Canton, CT, 06019. As I turned right around 15 Cheryl

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /OFCR. Patrick Tebecio/ | 205 | 03/18/2023 | /SGT. Tyson L Deloy/ | SGT3 |

2300002428 Cont.

# Canton Police Department
45 River Road, Canton CT 06019
(860) 693-0221

Page 2 of 5

## CASE/INCIDENT REPORT                     SUPPLEMENTARY ☐

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 2300002428 | 6 | 03/17/2023 03/17/2023 | 00:24 | 03/17/2023 | 05:25 | Larceny - From MV | 125 | Officer Tebecio, Patrick | 205 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
| | | | | | 205 | PTEBECIO | 03/17/2023 | 05:25 |

| STREET NO | STREET NAME AND TYPE | APT NO. | INTERSECTING STREET NAME AND TYPE | PREMISES NAME | STATUS | TOWN CD |
|---|---|---|---|---|---|---|
| 00071 | ALBANY Tpke CANTON | | | MITCHELL SUBARU | Cleared by Arrest | T023 |

Drive which is located at the end of the street, I noticed a black mini van parked facing S/B(Southbound.) I put my spot light on the vehicle and didn't see anyone inside.

As I got out of my patrol car to see if anyone was inside the vehicle, I noticed a person crouching down and hiding behind a car in the lower level driveway of Mitchell Subaru located next to my current location at 71 Albany Turnpike. I got on the radio and requested Officer Lederman to the scene to assist thinking that the individual was going to partake in criminal activity. Due to my attention staying on the individual and their location, I was unable to obtain the rear registration plate of the black mini van if there was one present. Later the area was checked for possible surveillance with nothing found being sufficient enough to utilize for this case. I got back in my patrol car and drove down to the lower level of Mitchell Subaru and parked roughly twenty (20) feet from where I saw the individual crouching down. I got out of my patrol car, manually started my body worn camera, and proceeded to where I saw the person last. As I got within roughly ten (10) feet of the vehicle, two (2) suspects dressed in all black started to run from behind the vehicle S/B toward Albany Turnpike. I yelled for them to "stay right there" and started to pursue them both on foot. I got within roughly five (5) feet of both suspects and the one on the left veered left and the one on the right veered right. I choose to pursue the suspect on the right and continued to chase him until he ran into the fence of the Acura of Avon's back lot located at 75 Albany Turnpike where I was able to apprehend him.

Santo Feliberty (DOB ▮▮▮ 1989), later identified through COLLECT and NLET, was handcuffed which were double locked for officer safety. Feliberty was dressed in a black winter ski mask that concealed most of his face, black hoodie, black pants, black shoes, and black rubber coated gloves. I asked Feliberty if the black mini van was his that was parked on Cheryl Drive and Feliberty replied,

| | | | | | |
|---|---|---|---|---|---|
| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | | | |
| INVESTIGATOR SIGNATURE: /OFCR. Patrick Tebecio/ | INVESTIGATOR I.D.#: 205 | SIGNED DATE: 03/18/2023 | SUPERVISOR SIGNATURE /SGT. Tyson L Deloy/ | SUPERVISOR I.D.#: SGT3 | |

2300002428 Cont.

# Canton Police Department
45 River Road, Canton CT 06019
(860) 693-0221

Page 3 of 5

## CASE/INCIDENT REPORT

SUPPLEMENTARY

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 2300002428 | 6 | 03/17/2023 03/17/2023 | 00:24 | 03/17/2023 | 05:25 | Larceny - From MV | 125 | Officer Tebecio, Patrick | 205 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
| | | | | | 205 | PTEBECIO | 03/17/2023 | 05:25 |

| STREET NO | STREET NAME AND TYPE | APT NO. | INTERSECTING STREET NAME AND TYPE | PREMISES NAME | STATUS | TOWN CD |
|---|---|---|---|---|---|---|
| 00071 | ALBANY Tpke  CANTON | | | MITCHELL SUBARU | Cleared by Arrest | T023 |

"Respectfully, Officer, I rather not say anything." I assisted Feliberty to his feet and began walking toward the front of Acura of Avon in hopes of putting eyes on the other suspect. As we were walking I noticed the black mini van that was parked outside of 15 Cheryl Drive had it's headlight's on and began to drive E/B (Eastbound) on Cheryl Drive toward Colonial Road. I got on the radio and relayed this to Ofc. Lederman and CPD Dispatcher Roy. I stopped and positioned myself looking toward Albany Turnpike waited to see if the vehicle would pass in front of my location which it didn't and radioed back in asking Dispatcher Roy to advise Simsbury PD that the vehicle was heading E/B on Albany Turnpike toward their jurisdiction. I then proceeded to bring Feliberty back to my patrol car. Officer Lederman arrived on scene to assist.

As I was walking Feliberty back to my patrol car, I noticed a knife with a red handle on the ground in the path of which we had ran and asked Feliberty if that was his in which he replied it was. The knife was seized as evidence and placed in an evidence bag at the scene. I patted Feliberty down for officer's safety before putting him in the back of my patrol car and located a black I phone in his right pocket which was ringing with the name "Baby Shark" on the screen. I placed it on the hood of my patrol car and asked who that was who called and Feliberty didn't reply. The black I phone was seized and placed in an evidence bag at the scene.

A quick canvass of the immediate area was conducted by Ofc. Lederman and myself to see if any other evidence from the other party had been left behind with no results. Simsbury PD and Avon PD personnel arrived on scene to assist.

Feliberty stated that his right wrist hurt and Ofc. Lederman requested Car 10 (Canton EMS) to respond for an evaluation. Upon arrival, I

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /OFCR. Patrick Tebecio/ | 205 | 03/18/2023 | /SGT. Tyson L Deloy/ | SGT3 |

2300002428 Cont.                                                                                       Page 4 of 5

## Canton Police Department
45 River Road, Canton CT 06019
(860) 693-0221

### CASE/INCIDENT REPORT                                        SUPPLEMENTARY ☐

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 2300002428 | 6 | 03/17/2023 03/17/2023 | 00:24 | 03/17/2023 | 05:25 | Larceny - From MV | 125 | Officer Tebecio, Patrick | 205 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | 205 | PTEBECIO | 03/17/2023 | 05:25 |

| STREET NO | STREET NAME AND TYPE | APT NO. | INTERSECTING STREET NAME AND TYPE | PREMISES NAME | STATUS | TOWN CD |
|---|---|---|---|---|---|---|
| 00071 | ALBANY Tpke CANTON |  |  | MITCHELL SUBARU | Cleared by Arrest | T023 |

removed Feliberty from the back seat of my patrol car and brought him to the back bumper of the ambulance where he was checked by Canton EMS and once completed stated that he didn't want to go to the hospital. I placed Feliberty back into my patrol car and adjusted the right wrist cuff for Feliberty's comfort. Feliberty was secured in the back seat with the shoulder and lap belt for his safety during transport. The back seat was checked prior for any contraband or weapons with no results. Feliberty was then transported back to CPD headquarters located at 45 River Road, Canton.

Feliberty was processed without incident. When questioned about the incident and why he was there, Feliberty replied, "Respectfully, I don't want to talk about anything." Due to having to go on another call, Feliberty was placed in Cell 1 for a short amount of time. Upon return, I asked Feliberty if he wished to make his phone call for a ride which he did approximately around 0220 hours.

Feliberty was charged with Criminal Trespass in the 3rd (53a-108), Criminal Attempt/Larceny 6th (53a-49/53a-125b), Possession of Burglary Tools (53a-106), and Interfering with an Officer (53a-167a). Feliberty was given a court date of 03/30/2023 at Hartford Superior Court located at 101 Lafayette Street, Hartford, CT, 06106. Feliberty was released on a fifteen thousand ($15,000) non surety bond.

Feliberty was given a copy of his Notice of Rights, Criminal Appearance Bond, Medical checklist, and Prisoner Property Receipt form. Copies of all the aforementioned forms were also placed in the case jacket along with the Booking Report (x2), Uniform Arrest Reports (x4), and any other COLLECT and NLET documentation of Feliberty's personal history and criminal history which is lengthy.

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. |
|---|

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /OFCR. Patrick Tebecio/ | 205 | 03/18/2023 | /SGT. Tyson L Deloy/ | SGT3 |

2300002428 Cont.

# Canton Police Department

Page 5 of 5

45 River Road, Canton CT 06019

(860) 693-0221

## CASE/INCIDENT REPORT

SUPPLEMENTARY

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 2300002428 | 6 | 03/17/2023 03/17/2023 | 00:24 | 03/17/2023 | 05:25 | Larceny - From MV | 125 | Officer Tebecio, Patrick | 205 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
| | | | | | 205 | PTEBECIO | 03/17/2023 | 05:25 |

| STREET NO | STREET NAME AND TYPE | APT NO. | INTERSECTING STREET NAME AND TYPE | PREMISES NAME | STATUS | TOWN CD |
|---|---|---|---|---|---|---|
| 00071 | ALBANY Tpke CANTON | | | MITCHELL SUBARU | Cleared by Arrest | T023 |

A JD-CR-18 form was completed for both the knife and I phone seized at the scene a copy is enclosed in this case jacket. A search warrant will be completed for the I phone in hopes of finding out about other potential criminal activity and who "Baby Shark" was given that the name called back on Feliberty's phone numerous times while he was in CPD custody .

Once processing was over, Feliberty was released into the CPD lobby to await his ride. Nothing further.

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. |||||
|---|---|---|---|---|
| INVESTIGATOR SIGNATURE: /OFCR. Patrick Tebecio/ | INVESTIGATOR I.D.#: 205 | SIGNED DATE: 03/18/2023 | SUPERVISOR SIGNATURE /SGT. Tyson L Deloy/ | SUPERVISOR I.D.#: SGT3 |

**CRIMINAL APPEARANCE BOND**
JD-CR-4  Rev 7-14
C.G.S. §§ 53a-172, 53a-173, 54-2a, 54-63c
54-63d, 54-63e, 54-64a, 54-64b, 54-64c, 54-66
P.B. §§ 38-1, 2,3,6,7,8,9,21,43-2

**INSTRUCTIONS:**
Original to Clerk of Court and copy to Defendant

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

TO: Any Proper Officer of the State of Connecticut

| From | (Name of Defendant) | Address of Defendant | Zip Code | Telephone Number (Defendant) |
|---|---|---|---|---|
| | Santo Feliberty | Springfield MA | 01109 | |

| Judicial District or Geographic Area | Address of Court |
|---|---|
| 14  Hartford Superior Court | 101 Lafayette St, Hartford, CT 06106 |

| Crime(s) Charged Against Defendant | Amount of Bond | Appearance Date and Time | (less than 14 days from arrest date) |
|---|---|---|---|
| 53a-167a  53a-49/53a-125b  53a-106  53a-108 | $ 15,000.00 | 03/30/2023 | 09:00 A.M. |

I, the above-named Defendant, understand that I am being released from custody under the Amount of Bond set above.

I promise to appear before the court named above on the Appearance Date and Time specified above and at any other place and time to which the charge(s) against me may be continued and in any other court to which the charge(s) against me may be transferred.

I also understand that I am being released on a:
[X] **NON-SURETY BOND**   [ ] **SURETY BOND**
[ ] **CASH BOND**   [ ] **REAL ESTATE BOND**
[ ] **10% CASH BOND** (Must be authorized by a judge (P.B. § 38-4, 38-8))
[ ]

in the above Amount of Bond, to insure my appearance as promised above, until final judgment is rendered.

I also understand that if I do not appear in court as I promised, I will be liable for the full Amount of Bond, including forfeiture of any amount deposited, and I will be committing the crime of Failure to Appear and be subject to the following penalties:
1. **Immediate rearrest, or issuance of a capias.**
2. **One year in prison or $2,000 fine or both,** if I am charged with a Misdemeanor(s).
   **Five years in prison or $5,000 fine or both,** if I am charged with a Felony(ies).

I also promise to satisfy all the special conditions stated below that were ordered by the court or a bail commissioner as a condition of my release on an Appearance Bond. I also understand that if I do not follow all of these conditions the court may modify or add additional conditions or revoke my release, and if I violate a condition of no contact or not to use or possess a dangerous weapon, I will be subject to arrest for violation of conditions of release.

*I have read/have had read to me the notices on page 2 of this form and I understand the notices.*

| A. Special Conditions of Release 1. Do not commit a federal, state or local crime. | B. Modified Conditions of Release |
|---|---|

| Signed (Defendant) | Date Signed 3-17-23 | Signed (Parent or Guardian if minor) | Date Signed |
|---|---|---|---|

The above information and statements were subscribed and sworn to before me.

| Signed (Police Officer, Assistant Clerk) /OFCR. Patrick Tebecio/ | Date and Time Signed 03/17/2023 02:35 am | Job Title Officer | Police Department (If Applicable) Canton Police |
|---|---|---|---|

**Complete the Appropriate Section Below If a Cash, 10% Cash or Surety Bond Is Required**

**CASH BOND**

| Amount of Bond $ .00 | Type of Bond [ ] CASH [ ] 10% CASH | Amount Deposited in Words | Amount in Numerals $ .00 |
|---|---|---|---|
| Deposited by Defendant [ ] Yes | Name and address of Depositor (If not the Defendant) | | Receipt Number |
| Cash Taken By (Signature of Police Officer, Bail Comm., Assistant Clerk) | Date and time bond taken 00/00/0000 00:00 | Name of Judge Authorizing 10% Bond (If Applicable) | |

I, the Depositor, understand that if the Defendant named above fails to appear in court as promised above, I will be liable for the full amount of bond, including forfeiture of any Amount Deposited. I also understand that upon discharge of the Bond, as specified above, the Amount Deposited will be returned to the Depositer named above, less any fee that may be required by statute.

| Signed (Depositor) | Date Signed |
|---|---|

The above information and statements were subscribed and sworn to before me.

| Signed (Police Officer, Assistant Clerk) | Date and Time Signed | Job Title | Police Department (If Applicable) |
|---|---|---|---|

**SURETY BOND**

| Name of Surety | Address of Surety | Telephone number ( ) - |
|---|---|---|
| License Number | Insurance Company | Total Amount of Bail Licensed to Give $ .00 | Total Amount Now Surety To (Exclusive of this case) $ .00 |

I, the Surety named above, understand that if the Defendant named above fails to appear in court as promised above, I will be liable to the State of Connecticut for the above amount of bond.

| Signed X | Date Signed (month, day, year) | For Court Use File Date |
|---|---|---|

The above information and statements were subscribed and sworn to before me.

| Signed (Police Officer, Assistant Clerk) | Date And Time Signed |
|---|---|
| Job Title | Police Department (If Applicable) | Superior Court Docket Number |

(Continued on Page 2)

PARA: El Funcionario correspondiente del Estado de Connecticut

| De (Nombre del Acusado) | Dirección del Acusado | | Código Postal | Número del Teléfono (Del Acusado) |
|---|---|---|---|---|
| Santo Feliberty | 22 Massreco ST Springfield MA | | 01109 | (413) 304-0558 |
| Distrito Judicial o Area Geográfica | Dirección del Tribunal | | | |
| 14    Hartford Superior C | 101 Lafayette St, Hartford, CT 06106 | | | |
| CDelito(s) Imputado(s)   53a-106   53a-108 | | Cantidad de la Fianza | Fecha y hora de Comparecencia (Menos de 14 diasdesde la fecha del arresto) | |
| 53a-167a   53a-49/53a-125b | | $ 15,000.00 | 03/30/2023   09:00 | A.M. |

El lenguaje previamente impreso en este formulario concerniente a la fianza de comparecencia que require la firma del acusado, ha sido traducido al espanol y esta al pie para su conveniencia. Es su responsabilidad tener traducida cualquier condicion especial escrita que el juez imponga como condicion de su libertad y que figuran en la seccion marcada A.

**FIANZA DE COMPARECENCIA:**

Yo, el acusado antes mencionado, entiendo que se me pone en libertad por medio de la fianza indicada arriba.

Promento comparecer en la fecha y hor indicadas ante el Tribunal arriba mencionado, y en cualquier otro lugar y fecha donde mi(s) caso(s) pudiera(n) ser aplazado(s) o trasladado(s), asi como en el Tribunal donde mi(s) caso(s) pudiera(n) ser transferido(s).

Tambien entiendo que se me pone en libertad por medio de una cantidad de Fianza que ha sido fijada para asegurar mi comparecencia hasta la disposicion final de mi caso, como he prometido anteriormente, la cual es depositada:

☒ Sin Fiador    ☐ Con Fiador

☐ En Efectivo    ☐ Con Garantia de Bienes Immuebles

☐ Con el 10% en Efectivo {tiene que ser autorizada por un Juez (P.B. Sec. 38-4, 38-8)}

Tambien entiendo que de no comparecer ante el tribunal como he prometido, sere responsable de la cantidad total de la fianza, incluyendo la perdida de cualquier cantidad depositada, y habre incurrido en el delito de Falta de Comparecencia sujeto a las siguientes sanciones:
1. Arresto inmediato o emision de un Capias.
2. Un ano de carcel, o una multa de $2,000, o ambas sanciones, si se me acusa de un delito(s) menor(es).
   Cinco anos de carcel, o una multa de $5,000, o ambas sanciones si se me acusa de un delito(s) graves(s).

Asismismo, y como condicion de mi puesta en libertad bajo una fianza de comparecencia, prometo cumplir con todas las condiciones especiales que se indican mas abajo que hayan sido ordenadas por el juez o el comisionado de fianzas. Tambien entiendo que de no cumplir todas estas condiciones, el juez pdria modificar las mismas o anadir condiciones adicionales o incluso revocar mi puesta en libertad, y en caso de haber infringido la condicion de no tener contacto, o la de no tener en mi posesion o utilizar armas peligrosas, pdria correr el riesgo de ser arrestado(a) por haber infringido las condiciones de mi puesta en libertad.

He leido, o me han leido, los avisos indicados en la pagina 2 de este formulario y los entiendo.

| A. Condiciones especiales de su puesta en libertad  1. No cometer un delito federal, estatal o municipal | B. Condiciones modificadas de su puesta en libertad | | |
|---|---|---|---|
| Firma (Acusado) | Firmado en fecha | Firma (Padre/Madre o Tutor, si es un menor) | Firmado en fecha |
| La información descrita anteriormente, junto con otrasdeclaraciones, fue firmada y juramentada en mi presencia. | | | |
| Firma (oficial de policia, Funcionario de la Secretaria) | Fecha y hora | Puesto | Departamento de Policia (Si es aplicable) |

## Notice To Defendant
1. During the period of your release, do not violate any of the conditions of your release.
2. Violation of any condition of release may result in the imposition of different or additional conditions of release.
3. If you were reelased with respect to an offense for which a term of imprisonment of ten or more years may be imposed and the Court finds that you have violated any condition of release and the safety of any other person is endangered while you are on release, your release may be revoked.
4. If you are convicted of an offense committed while you are released, you may be sentenced, in addition to the sentence prescribed for the offense, to (a) a term of imprisonment of not more than ten years if the offense is a felony, or (b) a term of imprisonment of not more than one your if the offense is a misdemeanor.
5. If you intentionally violate a condition to avoid contact with the alleged victim or that you not use or possess a dangerous weapon, you may be charged with the crime of violation of conditions of release.

## Aviso para el Acusado
1. No deberá infringir durante el periodo de su libertad ninguna de las condiciones impuestas para su puesta en libertad.
2. El Incumplimiento de alguna de las condiciones de su puesta en libertad podria tener como resultado la imposición de otras condiciones diferentes o adicionales a las de su puesta en libertad.
3. Su puesta en libertad podria ser revocada por un juez si éste determina que despues de haber sido puesto(a) en libertad por un delito que pudiera resultar en la imposicion de un termino de encarcelamiento de diez anos o mas, usted infringio alguna de las condiciones de su puesta en libertad, o que la seguridad de otro individuo pudiera estar en peligro a causa de su puesta en libertad.
4. usted podria ser condenado(a) por un delito que hubiera cometido durante su puesta en libertad, en adicion a la condena dictada por el delito inicial, y recibir una pena de: (a) un termino de encarcelamiento de no mas de diez anos si se trata de un delito mayor, o (b) un termino de encarcelamiento de no mas de un ano si se trata de un delito menor.
5. Usted podria ser acusado(a) del delito de infringir las condiciones de su puesta en libertad, si usted hubiera infringido intencionadamente la condicion de no ponerse en contacto con la presunta victima, o la de no poseer o utilizar un arma peligrosa.

**ADA Notice**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA

**Notificación de ADA**
La Rama Judicial del Estado de Connecticut cumple con la Ley para Personas con Discapacidades (conocida como "The Americans with Disabilities Act", ADA por sus siglas en inglés ). Si usted requiere de una adaptación funcional razonable según dispone la ley ADA, favor de comunicarse con un secretario del tribunal o la persona designada en www.jud.ct.gov/ADA/ como persona de contacto para ADA.

**NOTICE OF RIGHTS - BAIL**
JD-CR-5  Rev. 1-21
P.B. §§ 37-3, 38-1, 38-2
C.G.S. §§ 54-1b, 54-2a, 54-63c, 54-64b

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov



**Instructions to clerk of court**
1. Prepare in duplicate.
2. Give a copy to the Defendant.
3. Keep the original for file.

**Instructions to other agencies**
1. Prepare in triplicate.
2. Give a copy to the Defendant.
3. Send the original to the Clerk of Court.
4. Keep a copy for your files.

Name of Defendant: Feliberty, Santo

Judicial District or Geographical Area number: GA-14

Location of court (Number, street, town): 101 Lafayette Street, Hartford, CT, 06106

Telephone number of court: (860) 566-1630

Offenses charged (Also specify statute number): Criminal Trespass 3rd (53a-108), Criminal Attempt/Larceny 6th (53a-49/53a-125b), Poss. of Burglar Tools (53a-106), and Interfering w/ an officer (53a-167a)

### Notice of Rights

1. You have the right to remain silent.
2. If you talk to any police officer, anything you say can and will be used against you in court.
3. You have the right to talk with a lawyer before the police question you and the right to have a lawyer with you during questioning.
4. If you want a lawyer but cannot afford one, one will be appointed for you before any questioning.
5. If you start answering questions before you talk with a lawyer, you have the right to stop answering questions at any time to talk with a lawyer. And, you have the right to have a lawyer with you during any further questioning.
6. You also have the right to completely stop answering questions at any time.
7. You have the right to be promptly interviewed about the terms and conditions of your release from custody while this case is pending. If you ask, you may have a lawyer with you during this interview. *(This does not apply if you were arrested on a Warrant that ordered that bail be denied or that ordered that you be brought before a Clerk or Assistant Clerk of the Superior Court.)*

### Notificación de derechos

1. Tiene derecho a permanecer en silencio.
2. Si habla con un agente de la policía, cualquier cosa que diga podrá ser usada en su contra en el tribunal.
3. Tiene derecho a consultar con un abogado antes de ser interrogado por la policía y tiene derecho a que un abogado esté presente durante el interrogatorio.
4. Si desea estar representado por un abogado pero carece de los recursos económicos, se le designará un abogado de oficio para que lo represente antes de cualquier interrogatorio.
5. Si comienza a responder preguntas antes de consultar con un abogado, tiene derecho a dejar de contestarlas en cualquier momento para consultar con un abogado. Además tiene derecho a tener un abogado presente en caso de que continúe el interrogatorio.
6. También tiene derecho a dejar de responder cualquier pregunta en cualquier momento.
7. Tiene derecho a ser entrevistado sin demora sobre las condiciones de su puesta en libertad mientras el caso esté pendiente. Si usted lo solicita, le podría asistir un abogado durante la entrevista. (Lo anterior no procede si fue arrestado por una Orden de arresto que deniega la fianza o exige que a usted se lo lleve ante el Secretario o Secretario Auxiliar del Tribunal de Primera Instancia.)

I, the undersigned, have advised the Defendant of the Defendant's rights as stated above:

Signed (Authorized person): [signature]
Title: Patrolman
Date and time advised: 3/17/2023  01:11 A.M.

I have been advised of my rights as stated above and have received a copy of this notice.
Se me han notificado mis derechos tal como se indica arriba y he recibido copia de esta notificación.

Signed (Defendant): [signature]

For Court Use Only
File date:
Docket number:

The Judicial Branch complies with the Americans With Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, please contact the clerk of court at the address noted above.

*La Rama Judicial del Estado de Connecticut cumple con la Ley de Estadounidenses con Discapacidades (ADA, por sus siglas en inglés). Si necesita un ajuste razonable de conformidad con la ley ADA, comuníquese con la Secretaría del tribunal en la dirección indicada arriba.*