EXHIBIT 9

Compact Disc filed with Clerk's Office