UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 23-10127-LTS

UNITED STATES OF AMERICA

v.

SANTO FELIBERTY

DEFENDANT'S LETTER OF ALLOCUTION

Now comes defendant Santo Feliberty and submits a letter of allocution addressed to the Court.

Respectfully Submitted,
SANTO FELIBERTY,

By his attorney:

/s/ Thomas Kerner
_____
J. THOMAS KERNER
MA BBO # 552373
Attorney at Law
240 Commercial St., Suite 5A
Boston, MA  02109
(617) 720-5509

CERTIFICATE OF SERVICE

I certify that this document has been e-filed with all parties.

**Date:**   3/20/2024                    /s/ Thomas Kerner
                                         _____
                                         J. Thomas Kerner
                                         BBO# 552373

The honorable
Leo T. Sorokin

    The crimes that I have committed are far from excusable. Placing my shortcomings on innocent people and their communities was wrong of me. I have caused a financial burden and violated a sense of safety for all. Although I do not have any specific details of how severely damaging my actions were, I do my best to commiserate with them.

    As to the victims I have created in my family, their pain and suffering I feel wholeheartedly. My wife is forced to be a single parent of three. Our oldest was diagnosed with M.S. this past September. She is left to carry an emotional and financial burden alone. The possibility of missing out on the healthiest years of my 15 year old son's life is difficult to come to terms with. My two youngest children feel abandoned by me. I went from being actively involved to disappearing overnight. My actions and absence have caused a catastrophic effect in relation to my marriage and family.

    This time around I am actively seeking rehabilitation and committed to self-improvement. I have learned to acknowledge

and correct my shortcoming and unhealthy habits that led me to this situation. Joining groups such as Building on Self Substance (B.O.S.S.) and reading a variety of self-improvement books has helped me tremendously. I have gone through life without any real direction before. These past 11 months away from my family has given me the drive to find a purpose for my life. I feel like I have direction now. I have the desire to redeem myself to my family, be a positive member of society, and to remain a life-long learner. I will focus on continual self-improvement moving forward.

    Thank you your honor for taking the time to read this letter. It is my hope that you see whom I have grown into becoming and will continue to be.

Sincerely,
Santo Feliberty