**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Docket No. 23-10127-LTS**

**UNITED STATES OF AMERICA**

**v.**

**SANTO FELIBERTY**

**CHARACTER LETTERS IN SUPPORT OF DEFENDANT**

Now comes defendant Santo Feliberty and submits eleven (11) character letters.

> **Respectfully Submitted,**
> **SANTO FELIBERTY,**
>
> **By his attorney:**
>
> /s/ Thomas Kerner
> _____
> **J. THOMAS KERNER**
> **MA BBO # 552373**
> **Attorney at Law**
> **240 Commercial St., Suite 5A**
> **Boston, MA  02109**
> **(617) 720-5509**

**CERTIFICATE OF SERVICE**

I certify that this document has been e-filed with all parties.

**Date:**   3/20/2024                    /s/ Thomas Kerner
                                         _____
                                         **J. Thomas Kerner**
                                         **BBO# 552373**

To the Honorable Leo Sorokin,

My name is Alisa Feliberty, Santo's wife, and I would like to share with you who Santo is through my eyes to help distinguish him as a person, separate from his crimes. Knowing Santo for 20+ years I believe I can attest to the person he is and explain why I plead for leniency.

Santo and I met in middle school where we quickly developed a friendship that strengthened and weakened through the years, until 2009 when we became inseparable. That summer Santo and I saw each other at a mutual friend's house. During that encounter in true Santo fashion, he picked on me, it's his love language, until the awkwardness disappeared. During that same encounter another memory comes to mind, I asked him to help me bring my son, Nathan, and his stroller to the car. Santo quickly grabbed the stroller and shared that he was uncomfortable grabbing Nathan who was one at the time.

> This memory makes me smile because that discomfort quickly turned into a beautiful relationship. Santo quickly became Nathan's second dad, actively participating in everything that makes a man a good father. From bedtime stories, to helping with wiggly teeth, to being a fan on the bleachers, to pick up and drop offs, the list is endless because there was nothing Santo wouldn't do for Nathan.

Being married for going on 11 years I have witnessed Santo's growth. I have seen him overcome so many obstacles and better himself. I know this can be hard to understand due to the circumstances. Unfortunately, Santo made poor decisions and spent time with the wrong people, creating a huge setback for him, us, and his family. This situation has been incredibly difficult to process because Santo had successfully removed himself from this crowd. He started his own business, we grew our family, Leonardo (6) and Charlie (3), and things were going well. I can't explain what happened, I can speculate:

Santo created an idea of what a man is and should do, he created what I believe is an unrealistic persona. In his quest to fulfill that persona he lost his way. I know that this has served as a wakeup call. This past year has been the best lesson in the worst way. This isn't Santo's first rodeo, so what's different this time? Leonardo and Charlie, which I agree he should have thought of beforehand. Nonetheless, I know how much it pains Santo to miss out on his children's lives. Santo grew up with an absent dad and he vowed to be different. He certainly lived up to that vow in the time he was here. Santo is one of those lifetime dads, involved in everything and striving daily to see his kids happy and healthy. Those things I mentioned he did for Nathan, were amplified for Charlie and Leo.

Being a great parent is one of Santo's greatest attributes, not only because he loves them but because he knows the significant impact that his presence will have on their lives. His upbringing was challenging, and now he's experiencing the aftermath of his own parents' downfalls. With Santo's father leaving the picture early on, his mom became a single mother of three young children and had to focus on financially supporting her family. Unfortunately, that meant that her children focused on raising themselves, and there was no one to look after their mental wellbeing, routine, and discipline. At the age of 16 Santo moved out because he felt like a burden to his mom, and moving out would allow her to offer more to his younger siblings. Unfortunately my husband was dealt a hand in this life that set him up for trials and tribulations, rather than security and success.

At the beginning of this letter I said I would share who Santo is through my eyes, I've provided some context and history, but who is Santo to me (aside from a phenomenal parent):

He is one of the smartest, most resourceful people I know:
Santo can make something out of nothing. His mind is impressive, his true calling was to be an engineer. Santo's brain has no barriers, if there is a way Santo will figure it out. He can simply watch a YouTube video and master a new skill. And it was with those skills and abilities that he obtained his General Contractors license in MA and began his own business, where he built and maintained a strong client base. But he's not limited to being a great handy man, he's also a

mechanic, electrician and plumber. These are all skills that he has leveraged countless times to help his clients, tenants, family and friends over the years.

He is a great husband:
Getting married at 23, we were just winging it. All we knew was that we loved each other, and we would do whatever it took to make it work. After 11 years of marriage, I'm proud to say we have a solid formula. Outside of this situation, Santo and I have strong communication, a great foundation and shared values. We complement each other, respect and understand each other and genuinely love each other.

He is my superhero:
All these things make Santo my person; no matter how big or small I know that with his support, passion, and intelligence we can figure anything out. Santo is my peace and my home. I didn't picture navigating life without him, and while I proudly am "handling it", I miss my other half.

He will be a better man after this:
I know this can sound naive but in my heart of hearts I believe Santo will be a better person after this. He's a genuinely amazing individual, who needed redirection. With his life experiences and this unbearable lesson I know that he can and will put this behind him, and be a man that we can continue to be proud of. The man we already know he is and love deeply.

Your honor, I plead that you consider who Santo is, what he means to us and the role he plays in our family dynamic when sentencing him. If there is any matter that you would like to further discuss my contact information is listed below, I would be happy to elaborate or clarify any details enclosed.


Sincerely,
Alisa Feliberty
alisa.ruperto@gmail.com
413.304.0558

The Honorable Judge Leo Sorokin,

I am Nathan Cruz, Santo's Stepson. Santo has always been a father figure for me ever since the first day. Once we decided to move out of Connecticut me and Santo became remarkably close and, in that time, Santo became my best friend. Santo has learned from his mistakes and has used the knowledge he gains to help me, and my siblings become better people. Santo has played a huge role in my life ever since the first day he became my dad. Although he is not my biological father Santo has become another dad to me and he deserves every part of that label. Santo always goes out of his way to help me get through whatever the problem is no matter what he must stop doing. Santo helped me get the confidence to stand up for myself and speak outside of my comfort zone. Santo is always able to make me laugh when I am in a bad mood or having a difficult day. Santo does not care who it is if there is someone in need, he always goes out of his way to help.

Sincerely,
Nathan Cruz

February 9th 2024

Your Honour,

I am writing this letter with a heavy heart on behalf of my brother Santo Feliberty who has pleaded guilty to his charges.

Our family was completely devastated when he was arrested and taken abruptly. This entire ordeal has been tremendously painful.

Unfortunately he didn't think of the true consequences of his actions. The crimes he is accused of truly does not depict who he is at all. I believe he foolishly thought these were just harmless crimes being they were non violent and not aimed towards a specific person.

Santo has such an amazing heart. Everything he does is always truly intended for the good of his family. He is a stand up; family oriented guy. The best father around! Even now, Locked behind bars he's continuously worried and checking on his young children ages 3 and 6. He also has a step son he cares deeply for and has help raise since infancy. I know he's already suffering greatly from physically not being around for his children at such delicate ages. It's a shame that such a wonderful nurturing father is missing out on his children's lives. It's almost a year now and I can still hear the hurt in his voice when he talks about them. He always imagined being the world's best dad. A more involved father unlike the one we had growing up. Many times he's been a father to me. More times than I can count he has steered me to the correct path. He has offered me nothing but guidance and wisdom.

My brother is also the type of person who can self reflect. Which in my opinion speaks volumes to his character. As you know, There are many people who can not mentally accept their wrongs but not Santo, he's truly a good guy. I can guarantee he won't be foolish ever again! Now, he knows that family is more valuable than money!

Santo being incarcerated has put a burden on our entire family. You see, we counted on him for everything! When something needs to be done or fixed; he's the maintenance guy we all call on. When your car breaks down in the middle of the night; he's the guy we call to save us! Time and time again he's come through for me. Perhaps too many times he's felt pressure to do the most for his family and friends.

I can't express enough the tragedy we are dealing with as a family. Many people, including myself will be negatively affected. Personally I would give up my right lung for my brother. While he is locked up, we are trying not to fall apart but it's already caused turbulence. His children's futures are at stake here. Their lives have been completely flipped upside down.

There are consequences for all actions that I am aware of. Although I am bias, he's been incarcerated for awhile now and is proving his cooperation and willingness to obey. Santo can

and will be a better man going forward. Therefore I ask you, your honorable Judge please show mercy when you sentence him. Thank you.

Sincerely,
Natasha Feliberty

Indira Dejesus
34 Orpheum Ave
Springfield, MA 01118

February 13, 2024


Dear Honorable Judge,

My name is Indira Dejesus and I have known Santo Feliberty for over 20 years since we were young preteens in middle school. As you can imagine, I have witnessed many different stages of Santo's life and have seen his growth to the dedicated family man and friend that he is today.

Throughout the 20 plus years that I have known Santo, one thing has always been true about him, his loyalty and care for those around him and his willingness to always lend a helping hand when needed. One thing I admire most about Santo, is how much of a dedicated father and husband he is. I know that no matter the situation or circumstances, Santo will do whatever he could in his power to be there for his family. I have seen Santo step up as a husband to Alisa and an amazing stepfather to Nate without any hesitation. Then years later with the addition of Leonardo and Charlie, Santo blossomed even more into his role as a father and husband. The care and love that he shows is family is very evident in the way that they love, care, and support him now. His family and friends know that beyond his current circumstance, Santo is a stand-up father, husband, friend, and son who unfortunately made a mistake that has taken him away from all of them. I have no doubt in my mind and heart, that if given the chance and opportunity, Santo will do everything in his power to not put himself or his family in this predicament again. Santo has also been someone who can take accountability for his short comings and working towards growing into a better person. It has been a rough year for his family to be without him and I'm positive it has been just as difficult for Santo and that he has used this time wisely to truly reflect on his decisions and how he can come out of this stronger and better not just for himself but his family.

I truly hope that you have gotten a better picture of the man that Santo truly is and can see past his mistakes when considering his sentencing. If there is anything else that I can help with or further explain, please feel free to reach out to me at any time. Thank you for taking my letter into consideration and for taking the time to read it.


Sincerely,

Indira Dejesus

413-363-6735

idejesus527@gmail.com

Jamie Marcial
jamie.j.marcial@gmail.com
51 Worthern Pl,
Tewksbury, MA. 01876


To Whom It May Concern,

I am writing to attest to the character of the defendant, Santo Feliberty, with whom I have shared a close bond for over three decades. Despite growing up in separate households, our families maintained a deep connection, celebrating birthdays, holidays, milestones, and attending religious services together.

From my perspective as a loved one, I have witnessed Santo's journey from a young boy in a single-parent household, where he quickly became 'the man in the house,' at about 10 years old. To becoming a dedicated Christian, a loving husband, a nurturing father, a devoted son, and an integral part of our family.

Santo, known affectionately as 'Santito' among family members, has overcome significant challenges, becoming the first in his immediate family to graduate from high school. His marriage to Alisa exemplifies resilience and commitment, demonstrating that our past does not define our future and that success is attainable despite adversity.

Witnessing Santo achieve milestones such as purchasing his first home and starting a family inspired me to pursue my own aspirations. His embodiment of the American dream, characterized by hard work, familial support, and personal fulfillment, motivated me to strive for similar goals.

Personally, Santo has been a steadfast source of support through both joyful and difficult times. Whether it was providing emotional encouragement during late-night graduate studies or traveling great distances to offer companionship, his compassionate nature has been a constant presence in my life.

Professionally, Santo's generosity and expertise were evident when he assisted my now wife and me in renovating our first condo through his company, SFJ Renovations LLC. Despite his busy schedule, Santo and his team dedicated themselves to our project, demonstrating their commitment to family and community.

The impact of Santo's incarceration has been deeply felt, particularly given my own experiences with family separation. His absence during significant life events, such as the birth of my daughter, has left a void that cannot be filled. Moreover, I am acutely aware of the profound impact his absence has on his children and our extended family.

In light of Santo's remorse and accountability, as evidenced by his guilty plea and favorable pre-sentence investigation report, I respectfully urge Your Honor to consider an alternative or minimal sentence. Such a decision would not only alleviate the burden on Santo's loved ones but also provide him with the opportunity to rebuild his life and continue contributing positively to society.

Thank you for your attention to this matter.

Sincerely,


Jamie Marcial

February 13, 2024


Dear Judge Leo Sorokin:


My name is Neycha Diaz, I am writing this letter to provide a character reference for Santo Feliberty.  I have been friends with Santo for over 14 years. I met Santo through my best friend Alisa Feliberty, who has been married to him for over 11 years. Due to knowing him that long I can attest to the person he is. Santo and I have developed a friendship throughout the years which has led me to consider him as one of the members of my "village". I also have the honor of being Godmother to his son, Leonardo.


I am a single mom of two and I don't live near my family. Santo has filled the void of a brother in my life and is someone who I have asked for help, many times. Santo is very talented and skilled when it comes home repair/construction work. When I was in the market for buying my first home, I made plans with his wife Alisa to tour all the homes with my realtor and I. Santo knowing us very well, included himself in our plans because he knew Alisa and I would focus on the aesthetics of the home, while he could focused on the important features like the roof, the furnace, the difference between gas and electric heat and so on. I remember Santo teaching me about water heaters and explaining the best size for my family. I trusted him throughout the process which resulted in me successfully purchasing a home that was perfect for my family.


In our friendship circle, Santo is the "jack of all trades". As I mentioned previously, I have asked for help many times throughout the years, including when I have had car troubles. He has come to my rescue when I have had flat tires, when I needed an emergency oil changes and when I have been stranded places because the car he told me not to buy, decided to give up on me. I remember Santo going with me to car dealerships to ensure I was getting a good deal and getting a car that was in great condition. Santo has been the brother I can count on for my family and I. Santo always wants the best outcome for the people in his life and doesn't hesitate to help.


Although he has been a brother to me, I see Santo's character as a husband and father be his best qualities. I have been friends with his wife for over 20 years and I love that my best friend has a husband who loves and adores her. In all the years they have been together, she has never spoken to me about mistreatment or disrespect, and your Honor, her and I talk a lot.

 I have watched him help raise his stepson Nathan as his own and devote the same amount of time, love and attention to him as he does his two biological children. Santo has a little "mini me" in Leonardo. Santo encourages Leonardo try to fix his toys when he breaks them and together they worked on putting a speaker on his power-wheel truck. His daughter Charlie or "potato", as he lovingly calls her, has him wrapped around her finger. I've seen Santo play "spa" and has been a great sport when his little potato wants to paint his nails or brush his hair.

I know Santo has made mistakes, and this past year has been his wake up call. Besides being his friend, I am licensed clinical social worker and I see that although Santo is a good man, he has allowed his upbringing to cloud his judgement. Santo has focused on ensuring his family is cared for but lacked on ensuring he was doing what he needed to do for himself. Instead of getting help to heal from his childhood adversities and trauma, he used it as fuel so his family wouldn't suffer. Unfortunately, that backfired and now his family is also paying the price, especially his children.

Santo along with his family have suffered a great deal of humiliation and embarrassment as a result of this case. After seeing the impact this case has had on his family and others involved, I believe he has learned from those actions and when this is over, Santo will be able to be a productive member of society. Your honor, I respectfully request that you take my letter into consideration when making your decision on his sentencing.

If there are any questions or matters you would like to discuss or get clarification on, I am more than happy to talk to you. Please find my contact information listed below.

Sincerely,

Neycha Diaz, LCSW

224 Jeffery Rd.

Springfield, MA 01119

413-459-8157

**Charter Letter to Judge for My Son**

From
Evilin Marcial
7 Clark St.
Holyoke Ma

To
The Honorable Judge


Dear: Honorable Judge

I am writing this Character letter for my son Santo Feliberty. Let me start by saying that I am truly sorry for his actions. I sometimes blame myself for some of his actions. The reason behind this feeling is that I was very young when I gave birth to him. I was a child myself. I then got divorced from his father and he failed to support him and siblings financially, physically, and emotionally. I then had to work 12 hour shifts a day to pay for food, bills and to keep a roof over their head. My priority then became to provide for my children instead of focusing on their emotional needs. I admit to failing as a Mother and not steering him the right way when he was young. I should have explained to him the consequences he will face for committing crimes.


My son Santo is a wonderful man who will give his shirt off his back to anyone in need.  He actually became the man of the house as a child and tried to do what his father neglected to do. For example when my heating system broke down he would quickly come and fix it. When my car had mechanical problems he would quickly fix it for me. Santo, my son is an extraordinary Licenses contractor who has helped many people remodel their homes including a woman who

could no longer take baths due to her cancer diagnoses. He actually built her a standing shower. I can go on about how wonderful he is to me and to people but I won't.

I would sincerely request that you look at his charter letter before passing any verdict. I am 100 percent sure that my son has remorse and regrets for  his actions. We have talked about it. I also ask that you have a little mercy on me because I really still count on him for all my household issues and mechanical needs. I feel lost without him, I have been walking around with my heart destroyed by his actions and if I could turn back time none of this would be happening. U

Thank You

Sincerely

Evilin Marcial

Your Honorable Judge Leo Sorokin,

I hope this letter finds you well! I am writing to share my thoughts and experiences about Santo, a remarkable father to his three wonderful kids: Charlie, Leo, and Nathan. Having known Santo for two decades, I have witnessed firsthand the exceptional qualities he possesses as a parent.

Unwavering Love and Affection:
Santo's love for his children is truly remarkable. He is always affectionate and supportive, making them feel loved and secure. He never hesitates to express his emotions openly, showering them with hugs, kisses, and words of encouragement.

Dedication and Time:
Santo is incredibly dedicated to his parenting role. He makes time for his kids, no matter how busy his schedule is. He actively participates in their daily lives, attending school events, participate in their sports teams events, and helping them with their homework.

Patience and Understanding:
Santo is an exceptionally patient and understanding father. He listens to his children's concerns and problems without judgment. He helps them navigate difficult situations by providing guidance, advice, and emotional support.

 Santo stands also as a beacon of friendship, a true gem among companions. His unwavering loyalty and unwavering support make him a pillar of strength for those fortunate enough to call him a friend.

In times of need, Santo is always the first to lend a helping hand, offering assistance without hesitation. His willingness to go the extra mile, even at personal cost, is a testament to his unwavering commitment to those he holds dear. He is a safe haven, a confidant who listens without judgment and offers sage advice born from a deep well of wisdom and experience.

Santo possesses an uncanny ability to uplift spirits and bring joy to those around him. His infectious laughter and playful nature create an atmosphere of lightheartedness and camaraderie. He is a master of creating cherished memories, organizing outings and gatherings that foster connection and strengthen the bonds of friendship.

Furthermore, Santo is a champion of his friends' aspirations and dreams. He believes in their potential and offers unwavering encouragement, helping them

navigate challenges and celebrate successes. His unwavering belief in his friends' abilities empowers them to reach new heights and achieve their goals.

In conclusion, I am confident that Charlie, Leo, and Nathan are growing up in a loving and supportive environment with Santo as their father. His dedication, love, and guidance are shaping them into responsible, compassionate, and successful individuals. Santo truly embodies the qualities of a great father, and I am grateful to have him as a friend.

 Santo Feliberty is an exemplary friend, embodying the qualities of loyalty, support, and unwavering encouragement. His presence enriches the lives of those around him, making him a cherished companion and a true blessing in the tapestry of human connections.

Paul Minto
229 Chalmers Street
Springfield, MA
413-306-9463

Paula Winter

DOB: 06/28/1964

4 Memorial Drive

Enfield, CT 06082

413-244-4937

pwinter@mayinstitute.org

February 29, 2024

Honorable Judge Leo Sorokin,

I am writing to you regarding Santo Feliberty Jr. I have known Santo and his beautiful family for 9 years. I met Santo as a friend of my daughter and son-in-law, but he very soon became a personal friend that is an exceptionally large part of my life, and my personal support system. As a 59-year-old woman with a career and someone who cares for two elderly parents who live with me, to say that it is rare for new people to come into my life in a meaningful way is an understatement. That said, Santo and his family have become part of our family, and I regard Santo as my beloved friend.

I want to start by saying that this letter is by no means meant to minimize the offenses that Santo has plead guilty to, or to sidestep their effect on the victims of his crimes. The personal disappointment and grief that I have felt because of his choices is only eclipsed by the grief I feel in witnessing the hardship and heartbreak this has brought to his wife Alisa and their three children. Santo has plead guilty, and holds himself accountable to pay his debt, but I pray that in weighing your options in regard to sentencing, that my small glimpse into who Santo has been and is to myself, my family, and all the people around him who love him will help in presenting to you that this young man is so much more than his choices in this matter. Santo is the best representation of someone who understands all too well the repercussions of his decisions, accepts and believes in the necessity of being accountable for them, but also is deserving of the most lenient sentence possible, and the opportunity to begin to rebuild his life with his family as soon as possible.

Santo is a kind, giving, empathetic, and intelligent young man. To say that he goes out of his way for others is an understatement. In the 9 years I have known him, I have watched him put himself out for others who need help time and time again. Santo is a talented Jack of All Trades and is able to fix and repair things like appliances, boilers, and water heaters. He is an excellent mechanic, can build things like decks, and refurbish an entire kitchen soup to

nuts. I want to give you a few examples of times when Santo went above and beyond for others, for no other reason than to help someone who needed it:

- Leaving his home and family at midnight when I ran out of oil/heat in the dead of winter and did not realize. He went to a gas station and filled up several 5-gallon containers of diesel fuel and came to my house to put them in the tank, so that we could have heat until the oil company could get to us.
- Once when working on my roof (since I did not have the money to pay a roofer), he noticed my 90-year-old neighbor attempting to climb a ladder at the back of his own house next door. I came outside to find Santo now fixing the old neighbors' gutters on the back of his house (for free), so that the old man did not hurt himself. Santo said, "I will get back to your stuff Paula, but let me just do this for him."
- I had realized that I needed to get another car. I had never bought a new car before and was incredibly nervous about what to buy, what to pay, and dealing with the salesperson. Santo not only offered and came with me, but he also did all the talking, and took me to more than one dealer to ensure that we got the best deal possible.
- Santo would always take the time to sit with my 90-year-old father whenever he was over visiting or helping me out, and he did this because he knew that my dad no longer had any of his male friends alive anymore and he so missed male companionship, and just being able to joke and talk with another guy. The time he spent with him was priceless and so important to my dad.
- When doing some work at my home, I told Santo about a young single mother of two that worked for me and was struggling. Her car had broken down and the estimate to fix it was over 900.00, which she absolutely did not have. He said, "Tell her to bring me her car this Saturday. He went to the auto zone, bought all the parts, spent the day fixing it for her, and then charged her 300.00 to pay for the parts he bought only.

These are only a few examples of the kind of person Santo is, the regard and empathy he has for others, and the desire he has to help others and to do good for them. The final thing I would like to share with you is regarding Santo as a husband and father. To say that Santo is an involved father would be an understatement. Santo is fully involved in every aspect of his children's lives, and the importance and influence he has on their lives is immeasurably valuable to them. He is adored by his two younger children, and has been a stabilizing, positive, and cherished presence in the life of his stepson Nathan.

Your honor, I do not pretend to know, nor can I even begin to conceive of the reasons for the decisions that Santo made that lead him to where he is and what he is facing right now. What I do know is that he has disabling regret, he is angry with himself, he is contrite, he

suffers greatly under the weight of knowing the consequences of his choices to the people he loves, he loves his children, wife, friends, and family, and mostly he is capable of so much love, giving, and goodness, and he has the ability, desire, reasons, and support to rehabilitate in the shortest possible amount of time, pay his debt, and gain a chance at redemption, so that he can return to all of us who miss and love him beyond words as soon as possible.

Thank you so much for taking the time to listen to who my friend Santo is as a whole, and for your consideration in this matter.

Respectfully,

Paula Winter

Shannon Malanson
DOB: 01/22/1984
215 State Street
Enfield, CT 06082
860-614-4254
S.rose42812@gmail.com

February 5, 2024

Dear Honorable Judge Leo Sorokin,

My name is Shannon Malanson, and I am writing to you in regards to one of my dearest friends, and a man I consider family, Santo Feliberty Jr. I met Santo and his little family in the summer of 2015. Our families lived two houses away from each other, on the same side of the street. Back then, it was my husband, Ajani, two young children, Gavin and Sicily, and myself, then Santo, his wife, Alisa, and Santo's step son, Nathan. Our families instantly hit it off and from it blossomed some of the best friendships my little family have ever created, with some of the biggest blessings I could ever ask for.

Now, I know the Federal Sentencing Guidelines, although not mandatory, provide the court with recommendations, and I realize how significant the possible sentence could be. I hope that you can find Santo's life and love for others to warrant a more lenient sentence. I know Santo has plead guilty to the offenses, but I am writing to you to offer a glimpse of who Santo is, and that is someone far more than the offenses he has plead guilty to.

After meeting, it didn't take long for our friendship to grow. Our families were together every weekend, and were enjoying family dinners during the week. Our children would swap between houses and played together nonstop. About six months or so in, Santo asked us over for a dinner, just adults. On this evening, Santo, sat us down after dinner and confided in us his past with law enforcement, the courts, his convictions and his sentence he served. We had no idea our friend had this history. Santo expressed how it was so important to him to be honest with us about everything, and he wanted us to have all the information. He expressed that he understood if we were no longer comfortable around him. Sitting at that table it was hard for us to listen to these things about our friend, but you could tell it was incredibly hard and burdening on Santo himself. I instantly knew in that moment, with all his faults, Santo was as loyal, honest, and as genuine of a friend as any I could ask for. I can't imagine having to divulge that information about myself and sit and except any judgement past. Knowing that what I would be telling people may change or destroy relationships forever. After that conversation, my husband and I decided to move forward basing our relationship with Santo around the man he is, and who he shows to us, rather than the mistakes he made. As isn't that what we all hope for ourselves.

In addition to just being an incredible person to be around, to laugh with and have fun with, Santo was and is a caretaker to all in his life. To my family he is a lifesaver, in so many ways. Santo spent all night in my basement clearing a sewer pipe, and even after it blew open into his face and mouth, he never made us feel bad, he stayed all night till it was done. Santo would go at midnight and rush to buy my grandparents emergency fuel to relight their furnace when they would accidentally let the oil run out. Santo helped us with rides to kids sports when we were busy, drove our Christmas tree home from the farm every year, and always made sure to help if we had car troubles with brakes or anything. In the years that followed since meeting Santo, the favors, help, fixes, and emergency repairs saved my family so much stress, time, anxiety, money and struggle. The assistance he supplied to people in my life

because of his loyalty, love and compassion to us was surmountable.  It would be impossible for me to fit or fully express in a letter all Santo has done for my family and myself.

One of the greatest parts of Santo though is the care and love he shows to those around him just as a friend.  There is never a question of Santo's friendship.  Whether it is his unwavering ability to drop everything in your time of need, or his knack of always wanting you to feel welcome, down to his way of always making us laugh and bringing a group together, Santo is just an amazing person to have in your corner, and it is impossible to think of him as anything less then family.  My favorite times with Santo were family game nights.  Santo is so competitive, and would take losing so personal.  He would make us laugh so hard either with how annoyed he was while losing or his ridiculous antics while winning.  A simple game of Uno would turn into an epic neighborhood battle.  Santo has a great ability to remind us all to just live life, have fun and be silly.  One of my favorite memories was a gathering at his and his wife's home where Santo and the kids started a huge water fight on the adults.  This lead into an epic food fight.  Santo had ice cream in his ears, we all had it everywhere.  We all laughed so hard and just felt so alive.  He knew he would have to clean this insane mess he caused, and it didn't matter.  To him we all had fun, we all laughed, we all lived it up, and that was all that counted.  Santo's conversations, laughter, intense competitiveness and spirit are greatly missed in our home.  Our holidays, birthdays, family or friend gatherings, game nights or just simple nights sitting out on our deck with a drink have a hole left in them that only Santo fills.

With all this said, my fondest times with Santo are those where we got to watch him just be a husband and father.  There is no question that Alisa, Nathan, Leonardo and Charlie are the most important thing in the world to Santo.  His desire to love, nurture and teach them things is palpable.  It is clear everyday his purpose for waking up was to give them all he could, and to show them love.  Santo and Alisa's relationship is beautiful to see.  They are genuinely best friends first, and Santo wants nothing more than to show her she is important, she is a priority and she is loved.  Leo and Charlie look at their dad like they are looking at a god.  His mere presence makes them glow.  He is so patient and kind to them and prioritizes their needs.  Nathan and Santo's relationship is beautiful.  He has taught Nathan so much, and never treated him as anything other than his own.  He has hard conversations with him, and never misses a game or event.  Each time we are together with Alisa and the kids, Santo's name is never further than a step from their lips.  Charlie and Leo talk about him nonstop, sometimes as if he could walk through the door any minute.  Nathan, because of his age, actually says how bad he misses him and is worried for him.  He discusses how bad it hurts with him gone, and how much he needs him.  It truly breaks your heart, because these children sadly have to reap the repercussions for something they had no part in, and all they know is they love their dad.

As mad and as disappointed as we are in Santo for all of this, he is our friend.  A friend who made horrible decisions, ones that effects many and ones that only with time and conversations with Santo will we understand.  However, as stated before, these actions, these moments in time do not define the man, the father, the husband, the son and the friend that sits before you.  At Santo's fundamental core, in his heart and in the way he has lived his life outside of these failures, Santo is a kind, caring sole.  I know he sits where he sits, more disappointed, mad and let down by himself than we could ever be for him.  I know he sits there not with worry for himself and the road he will face through this, but with the worry for others, and what his actions have caused for them.  I know he sits there focused on all he can do now to come out of this better for them.  Although we must all hold Santo accountable for his actions, we must also try to take into account the man outside of his worst moments.  For me that man is the most loyal, dedicated, caring and loving husband, father and friend I have ever met.  For me that man is someone that even today, I would trust my life with, my families life with.

I respectfully ask that during sentencing you take into account not only the offenses committed, and the victims to the offenses but the man Santo is outside of his failures and the victims his actions and this sentencing leaves in its wake.   Santo is needed back home, for all of us, but most importantly for those three beautiful children.  They have a long road ahead of them, all at different but very impactful, influential times of development and I worry how a long sentence could impact them.  Although I cannot guarantee where Santo takes life when he returns, I can assure you that my family and myself will consistently hold him accountable and carry the burden of constantly reminding and pushing him to stay on track and move forward with positive motions.   I can say with every ounce of my being that the world we live in for so many of us here at home is a much darker, harder, and sad world without Santo's presence. His capabilities and care are so impactful he has the ability for greatness and to really make a change.  I ask for your leniency when considering the sentence.  Most importantly leniency in his time physically incarcerated.

I thank you and the court for your time and consideration when reading this letter.  I thank you for taking a moment to learn more about Santo and his life.  I am available and happy to confirm, discuss or elaborate further on anything included in this letter.  Feel free to reach out by phone or email that is included above.

Kind Regards,


Shannon Malanson

Ajani St. Aubyn Rose
DOB: 02/21/1978
215 State Street
Enfield, CT 06082
860-490-8904
ajanirose@yahoo.com

March 1, 2024

Dear Honorable Judge Leo Sorokin,

My name is Ajani Rose, and I am writing to you today to speak on behalf one of my
fondest friends Santo Feliberty Jr. I met Santo and his family about 9 years ago now.
Throughout these past nine years Santo has evolved from a neighbor, to a friend and now
someone I think of as a brother. I can only hope this letter gives you even a glimpse of the
blessing Santo is in mine and my families lives.

I think one of the greatest attributes of Santo is his desire to help people he cares
about, dropping everything during their time of need. This would even carry over to others
around you. In 2021 my father contracted COVID and was taken by ambulance to the hospital.
He was one of those severe cases you saw on the news. He spent a month in the ICU before
he was moved to a rehab center for another 14 days, but with space thin, it was time for him to
go home. The medical team said before he could return the shower needed to be redone as
well as the carpet in his bedroom as his lungs were very weak and the mold and allergens were
toxic for him in his condition. I called Santo not knowing how we could get this done in 4 days
and how my mother was going to afford this unexpected bill. Santo, without hesitation,
dropped everything and spent the next 3 days redoing the shower, ripping out carpet,
sanitizing floors and laying new floors. In the end he charge us no more than the price of
material from Home Depot. My father was able to come home to a safe, clean home, a healthy
environment to recover in, and my mother and I had one HUGE less burden to carry with
everything else we had going on.

A few years back, my family was 2 days away from leaving on vacation. My wife went
out and quickly realized something was wrong with her truck. She called Santo, who
immediately came over, knowing that our truck is utilized to pickup our company's inventory
and without it we can't make income. He informed us the water pump blew, it was spewing all
throughout the engine. This repair was going to be between $600 and $800 everywhere we
called and with the COVID delays would take a few weeks. When we told Santo he went online
and found a new water pump available that could be delivered in 3 days. Santo told us go on
our trip, have fun, don't worry. While we were vacationing and having fun, Santo spent the
weekend in his driveway fixing that truck. When we came home the truck was repaired and
clean and Santo wouldn't accept a dime more then the parts cost.

Now, when you get to know Santo, you learn very quickly, the most important thing to
him is the happiness and love his wife and kids feel. During COVID they were pregnant with
their first girl, Charlie. Alisa, Santo's wife, had wanted a girl so bad and was so excited when
they found out. COVID hit however and made thing difficult, one of those thing being giving
her a baby shower she loved, and one that he knew she deserved. Santo reached out to
Alisa's closest girls and assembled a team to assist him in throwing the big surprise. He got it
perfect, from decor, to food and To-Go goodies, Santo managed to pull off the best drive thru
baby shower you could ask for. During these last 9 years Nathan, Leonardo and Charlie have
witnessed everything a father should be. Santo is there for everything, he is patient and kind
with them, he is involved and dedicated to their needs, he always takes the time to teach them

something new and there is never a question in those children's minds that he loves them and is their best friend.

One of the things I love the most about Santo is his ability to never make a person feel judged or bad. My mother called to hire Santo to clean out her basement. There were 2 big problems. The first is that my mother had not thrown a thing away in 20+ years, from furniture, to mattresses, old bills, to dead potted plants. All these things she held in that basement, and because their home is old with many openings and they live on the side of a tobacco farm field mice are prevalent and were all over the basement. I think the fear of someone seeing this and it being embarrassing was part of the reason she let it get so far out of hand. Santo spent a week at the house taking truck load after truck load to the dump and trapping mice along the way. When I would speak to my mother about how it was going, each day she would sound more and more at ease and comfortable. When the job was done Santo continued, free of charge, to keep coming back week after week to empty and reset mouse traps simply because he knew how grossed out it made her. My mother kept saying what a nice young man he is, and how he never made her feel bad about her clutter or the mice.

Outside of all the favors and help, Santo at his simplest is just a good man to have in your corner. Years ago we had a neighborhood guys night planned at the local brew house. I had been having a rough time with everything, family issues, work was hard, my wife and I were not in the best place everything was just caving in around me. At that moment another friend/neighbor of ours and myself got in a big disagreement and I just hit my breaking point and messaged everyone I didn't want to go. I just didn't want to go out and feel the need to pretend I was okay. I ignored everyones responses to my message, and about an hour later my wife came in and said Santo text her and told her to make sure I was ready by such time he was picking me up. Santo came that night and we did our two favorite things together. First we went to the brew house for IPA's then the local Cigar Bar for a nice cigar. During this time Santo asked me what's up. He made me feel comfortable enough to say everything I had been needing to talk about. He spent the entire night focused on getting me to relax and to decompress. As a person who's has a small circle, it was so nice to have another man, husband, father and son to talk to. It was nice to feel I had someone else to go to besides my wife or family members, who I never want to burden or show weakness to. In the end it was just so good to know I had this person in my corner who genuinely cared about me.

With all of this said, the hardest part is to say I understand Santo is pleading guilty to serious crimes. My friend, my brother chose to make decisions that hurt people, businesses and left his own family and friends as victims to the repercussions of these decisions. These are all things he will have to be held accountable for. I do know, knowing my friend, that the harshest punishment is the one playing out currently inside his own mind. I know all too well what is important to Santo, what he prides himself in and what he holds dear, and I can assure you he hates what he did, is devastated by what people he cares for may think of him, is heartbroken for the loss and loneliness his wife and children are going through and his disappointment in himself for the damage he did to others. Now I know Santo has repercussions to pay, and I understand there will be some looking for the harshest sentence, but I respectfully and kindly ask that during sentencing you weigh your decision on all and everything Santo Feliberty is, and does, and not just this moment in time of poor decision making. I ask you to take into account the tremendous kindness he has shown to others in his life and the community around him. In addition, I ask you to keep in mind that his sentence will also have lasting negative repercussions on three beautiful children, who carried no part in this and deserve time with their father. There is still so much to teach them, show them and support them in. I respectfully ask that in your wisdom of justice to impose as lenient of an incarceration sentence as possible. Santo's wife Alisa and children, Nathan, Leonardo and Charlie need him. His mother, sister, brother, nieces and nephews need him. His friends and community need him. I assure you Santo will not disappoint you, he will be a shining turn

around during your career and we will all be there to support him through it. To this day, in this very moment, even after everything that has happened, I can attest that should something happen to me there is two things I know for sure. One is that Santo will be asked to be one of the few who carry me to my resting place and two is that I would be able to rest peacefully knowing my wife and children have Santo in their lives to care for them and look after them in my absence.

Thank you so much for your time and consideration in this matter. I would be happy to speak further in regards to anything about this matter. I have left my contact information above, if you should need it.

Respectively,

Ajani St. Aubyn Rose