THOMAS KERNER
Attorney at Law
240 Commercial Street, Suite 5A
Boston, MA  02109
Office: (617) 720-5509 / Cell: (617) 816-1746
Email: thomas.kerner@comcast.net

March 21, 2024

The Honorable Leo T. Sorokin
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

    Re:    United States v. Santo Feliberty, 23-10127-LTS
                Defendant's Sentencing Memorandum

Dear Judge Sorokin:

    I am writing this letter to correct mistakes on page 12 of the defendant's sentencing memorandum.

    The memorandum states, in numbered paragraphs, that the government contends that "CHP's" (Criminal History Points) should be added to the defendant's Guidelines calculations pursuant to three separate Guidelines adjustments.  That is inaccurate.

    The memorandum should say that the government contends that Offense Level [OL] points should be added to the defendant's Guidelines calculations pursuant to the cited adjustments.

    I apologize for any confusion the mistakes may have caused.

    Thank you.

                                                   Very Truly Yours,

                                                    Thomas Kerner

cc:    Phil Mallard, AUSA
TK/ms