```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

                 Docket No. 23-10127-LTS

                 UNITED STATES OF AMERICA

                            v.

                      SANTO FELIBERTY
```

### SECOND SET OF EXHIBITS IN SUPPORT
### OF DEFENDANT'S SENTENCING MEMORANDUM

Now comes defendant Santo Feliberty and states that subsequent to the filing of the defendant's sentencing memorandum and supporting Exhibits 1-7, counsel visited the defendant at the D.W. Wyatt Detention Facility.  At that time the defendant was able to provide counsel with a letter certifying that the defendant has been attending BOSS meetings since October 18, 2023.  The letter also outlines the BOSS program and its objectives.  Further, counsel was provided with Mr. Feliberty's BOSS attendance sheet starting with February 28, 2024.  Exhibit 4 to the defendant's sentencing memorandum was the BOSS attendance sheet from October 18, 2023 to February 14, 2024.  Finally, counsel was provided with two additional BOSS written assignments completed by Mr. Feliberty.

The defendant also wants to point out that since October 2023, he has been employed in the kitchen at Wyatt.

**EXHIBITS**

8. BOSS Certificate of Attendance with Program Explanation

9. BOSS Attendance Sheet (2/28/2024 to 3/13/2024)

10. BOSS Written Assignments (2nd Set)

**Respectfully Submitted,
SANTO FELIBERTY,**

**By his attorney:**

/s/ Thomas Kerner
_____
**J. THOMAS KERNER
MA BBO # 552373
Attorney at Law
240 Commercial St., Suite 5A
Boston, MA  02109
(617) 720-5509**

**CERTIFICATE OF SERVICE**

I certify that this document has been e-filed with all parties.

**Date:**   3/21/2024                    /s/ Thomas Kerner
_____
**J. Thomas Kerner
BBO# 552373**

# Exhibit 8
(BOSS Certificate of Attendance and Program Description)

# B.O.S.S.
Restorative Justice Group

To Whom It May Concern:

This letter is to inform you that __Santo Feliberty__ has been an active participant of the B.O.S.S. men's group since the date of: __10/18/23__.

"Building on Self Substance" (B.O.S.S.) is a voluntary men's group that meets weekly in an effort to promote restorative justice. This group was begun by members who were participants in the original RJ (Restorative Justice) efforts at Wyatt Detention Facility - a pilot program that was spearheaded by 1st circuit Honorable Judge Leo T. Sorokin. Facilitators of this RJ group included members of the AUSA, US Probation, Federal Public Defenders Office, as well as Victim's Advocate groups.

The goal of the B.O.S.S. men's group is to achieve self-awareness and growth, while also providing healing to those adversely affected by our actions. Members of this group seek opportunities for self betterment and to teach one another the ethics, values and lessons learned from the restorative justice process. The weekly groups include short written assignments, group discussions, and working in teams to challenge each other to truly grasp the concepts of restorative justice. Through this process, it is our hopes that we may give back to our communities by becoming the best versions of ourselves.

Over 30 critical thinking writing assignments have been created to aid participants on this path to growth and healing. These assignments touch upon topics including: coping with substance abuse, healing past traumas, developing life skills, acknowledging wrongdoings, recognizing shortcomings, anger management, impulse control, fatherhood and much more. These topics and assignments have either been directly passed down from the discussion groups of the original RJ, or constructed from the concepts learned through various popular self-help books (such as "The Road Less Traveled", "The 4 Agreements", "The Secret", "The Mentor", etc.)

We are proud of our efforts and committed to continuing hard work. We understand that growth and change is a life-long process, that there is no final completion date or certificate to mark this progress. Each participant of the group is expected to be authentic and dedicated to the restorative justice principles. Each participant will experience gainful insight and learning that will contribute to a better tomorrow for all through healing and honest understanding. It is our hopes that you will recognize these efforts and further assist us by being our advocate. Thank you for your time and consideration in this matter.

Sincerely,

_Harry Tam_  
Chairman

_Doyal Kalita_  
Vice Chairman

_Anatoly Braylovsk_  
Secretary

# Exhibit 9
(BOSS Attendance Sheet 2/28/2024 to 3/13/2024)

# B.O.S.S.
### RESTORATIVE JUSTICE GROUP

Building on Self Substance (B.O.S.S) is a men's group aimed at achieving "Restorative Justice". This men's group is inspired by R.I.S.E. (RJ) – a pilot program spearheaded by 1st circuit Federal Judge Sorokin, and facilitated by members of the AUSA, US Probation, Federal Public Defenders office, and Victim's Advocate groups. Our group is a continuation of these efforts of the R.I.S.E. (RJ) program, in hopes of furthering the growth and progress of the ethics, lessons, and values learned from the "Restorative Justice" process.

B.O.S.S. is a voluntary group of detainees who will meet several times a week to discuss topics related to restorative justice. It is started by a former participant of the R.I.S.E. (RJ) program. These groups will include short assignments, group discussions, and working together in teams to seek opportunities for growth, healing, and teaching one another. Through this process, it is our goal to become better selves and give back to our communities. – (H.Tam)

I, __Santo Feliberty__, agree to participate in this group. In doing so, I also agree to put in honest effort, respect all members of the group, and make a commitment to contribute. I understand that real change begins with ME, and I choose to do so NOW. And together, we can make a difference towards REAL restorative justice. Date: __10/18/23__

| Date | Topic/Subject | Secretary | Co-Chairman | Chairman |
|---|---|---|---|---|
| 2/28/24 | Superbrain | Anatoly Braylovsky | Doyal Kalita | Harry Tam |
| 3/06/24 | Aspirations | Anatoly Braylovsk | Doyal Kalita | Harry Tam |
| 3/13/24 | Group Discussion - Retirement | Anatoly Braylovsky | Doyal Kalita | Harry Tam |

# Exhibit 10
(BOSS Written Assigments, 2nd Set)

Participant Name: Santo Felderty                    Date: 2/21/24

# SUPERBRAIN
### (From Superbrain: Unleashing the Power of Your Mind by Deepak Chopra and Dr. Rudy Tanzi)

Some people have a hard time overcoming their past and shortcomings no matter how hard they try. The deep-seated guilt just won't go away. Whatever success they seem to find in changing just reverts back within a short period of time. The book "Superbrain" reveals that this is due to a negative impression produced in the brain. We, as people, have allowed our brains to control us, when we should be in control of our brains. The trick now, is to reverse the role and take control of our brains... and allow the "real person" within us – which is the soul and the mind – to become the USER of the brain instead.

To be able to say to your brain: "You know what brain? I understand that it is your job to make me feel (bad, guilty, shameful, etc.) about a certain thing (past, wrongs, shortcomings as a person, etc.) in order to make sure that I do not do that certain "thing" again. I know you're just doing your job, but I want to move on from these bad feelings now. I am going to retake control of my brain now. Let's get this straight, brain, I will use YOU; YOU DON'T USE ME!"

What does this actually mean? Our brains are on autopilot. We are so used to doing whatever it is our brains suggest or tell us to do – that it has become automatic. We don't think anymore, we just do. And it feels absolutely natural. BUT, you have to consider how much of what is in your brain is from someone or somewhere else? How much of it is bad information? There are many things you have learned throughout your life that have affected the way your brain thinks, processes, and deals with life – and not all of it is good or CORRECT! It is similar to putting an airplane on autopilot, and knowing that the chipboard is a very outdated version with glitches and bad engineering! Would you jeopardize yourself and your life sitting on that plane? Heck no! So why would you trust your own brain with its old, outdated, and bad information in it to control what you do? It is time to take control of our brains and rewrite it with new and updated information – and change our functioning with new and positive ways of processing and living. The REAL you is a person who is aware and mindful of the feelings and thoughts that your brain brings to YOU, where you maintain the ability to decide how those feelings and thoughts will affect you. You do not have to allow these to "autopilot" you into the same actions and behaviors. You can still learn from them, but more importantly, you can also choose to detach from them and not allow it to negatively affect your spiritual recovery or positive identity. We are NOT the compilation of our past actions, nor the feelings and thoughts that are driven by them! You are the NEW you that is being created each day by the new neural activity that you create for yourself! (created from learning, growth, books, mental stimulation, etc.)

In short, the NEW activity that you fill your brain and mind with should OVERWRITE the old copies that your brain has been storing and processing from. But YOU have to allow this to happen. You can achieve this through contemplation, mindfulness, and meditation, as well as recapitulation or repetition. By practice and repeating these habits, you can change your neural "circuitry" (brain activity) to change on every level.

**Exercise:** In what ways have you been stuck in autopilot? What old views, beliefs or thought processes can you do away with now? How will getting rid of these old "things" help you better your life? What kind of new "things" can you put into your mind instead? And where can you get this new learning from?

*Please use the back of this sheet to write your responses and thoughts. Then share and discuss with a group member. Discussing and sharing ideas is a vital part of the growth and integrity of this group*

Group Partner signature: Jovani Santiago            Secretary/Chair signature: Harry Tam

I was stuck in autopilot with life in general. Living day to day without any goals, aspirations, and sense of direction. I fell back into a terrible way of thinking. I went against my morals. I thought I could commit crimes that had minimal impacts on victims. Getting rid of these old "things" will improve my life. Not going against my moral instincts no matter the situation. Also having goals will keep me focused and away from trouble.

The first new "thing" I put into my mind is believing I am capable of achieving great things. Second is to stop being impulsive. Living without goals or direction was a major factor in not being able to think clearly or beyond the present. Third and most importantly is being self-disciplined. This removes me from procrastination and allow me to make healthy choices. Most of my new learnings comes from self-improvement books and a deep desire to be a better person in all aspects of life.

Participant Name: Santo Feliberty         Date: 3/2/24

## ASPIRATIONS

"Your net worth to the world is usually determined by what remains after your bad habits are subtracted from your good ones" – Benjamin Franklin

Aspiration = the strong desire to achieve something high or great.
Fantasies  = aspirations without a plan and without the effort

It is important to know the difference between having fantasies versus having aspirations. Aspirations are great to have, and may serve as the inspiration to push you into great things. Fantasies are what little kids do, and can set you up for huge disappointment because they are not realistically attainable. We are no longer kids, it is time to grow up and have legitimate goals and aspirations. We can no longer live our life like it's some big video game or hoping to hit the big lottery jackpot. The challenge now is to actually make plans and stop wishing for "good luck".

An example of a worthy aspiration or legitimate goal: I will develop the skills I need in order to get a good paying job. From there, I will work hard to gain experience and move up the latter so I can get the pay I need in order to feed my family. This is the path I will take to find financial stability and success

An example of a fantasy: I will find a way to make a million dollars. With that amount of money, I will be all set. I can do whatever I want to do and live a good life. Just got to find a way to make that big payday.

In order to turn aspirations and goals into reality – we must have a plan and also put in the work. Here is a quote to live by: failing to plan is planning to fail. You will fail if you do not make a good detailed plan that you are willing to follow to the tee. No bright idea or plan will succeed without working hard. No one ever said it would be easy. Here is another quote – success does not come before struggle in the dictionary nor in life. Seldom does one find success without enduring some kind of hardship along the way. The question now is: are you hungry enough to chase success until it is within your grasps?

Another important aspect to every plan is that it must be built on solid foundation. Without a solid foundation, all plans are untenable and shaky. Just think of the story of the three little pigs: the big bad wolf blew down all the houses that weren't built on solid foundation. The same will hold true with your plans, if they are not built on solid foundation – they will also blow with the wind. A solid foundation is made by utilizing and creating resources around you to the best of your abilities.

**Exercise:** Be honest and think about the plans you have been making for yourself. Surely, some of them are more fantasy than realistic. Are you brave enough to acknowledge these and list them? What is a more solid and realistic plan you can make instead and then *aspire* towards in place of these fantasies? List a few realistic aspirations you have come up with recently. Also, list the resources you currently possess or are in the process of creating in order to create a solid foundation for yourself in which to work from.

*Please use the back of this sheet to write your responses and thoughts. Then share and discuss with a group member. Discussing and sharing ideas is a vital part of the growth and integrity of this group*

Group Partner signature: Chukwunonso Unegbu         Secretary/Chair signature: Anatoly Braylovsk

All of my goals and aspirations are realistic and obtainable. I have a list of goals to achieve within my first 2 years of release.
1) Seek employment in either construction or automotive field.
2) Gain my Commercial Driver License C.D.L. class A.
3) Fix my credit
4) Buy a multifamily house.

#1 I have many years of experience in both the construction and automotive field. Finding a job in either should be simple.

#2 I currently have the 2024 Commercial Driver License study guide. Once I am released I will enroll in a C.D.L. school such as N.E.T.T.S.

#3 I plan on living a modest lifestyle in order to save as much money as possible. Then I will hire a credit expert and begin paying my debts.

#4 With two years of employment, a good credit score, and savings, I will be able to secure a mortgage for a multifamily property.

These four short term goals are very realistic. They are the core foundation and stepping stones to reach my long term/life goals.